IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and CHARLIE DAVIS, on behalf of themselves and all other persons similarly situated,

Plaintiffs,

-vs-

TRANSAM TRUCKING, INC.,

Defendant.

09-CV-2443 EFM/KGG

THE 30(b)(6) DEPOSITION OF RUSS McELLIOTT, produced, sworn and examined on the part of the Plaintiffs, pursuant to Notice on Friday, the 15th of February, 2013, at the law offices of Seigfried, Bingham, Levy, Seltzer & Gee, 911 Main, Suite 2800, in the City of Kansas City, County of Jackson and State of Missouri, before me,

BRENDA FITZGERALD, CCR No. 520
of
JOHN M. BOWEN & ASSOCIATES

a Certified Court Reporter, in a certain cause now pending IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, wherein LARRY BLAIR, et al., are Plaintiffs and TRANSAM TRUCKING, INC., is Defendant.

A P P E A R A N C E S:

For Plaintiffs:

BRADY & ASSOCIATES
10901 Lowell Avenue
Suite 280
Overland Park, Kansas 66210
By: Mr. Michael F. Brady

THE WOODY LAW FIRM
1621 Baltimore Avenue
Kansas City, Missouri 64108
By: Ms. Teresa A. Woody

EXHIBIT
A

MS. BAKER: I'll object to the form of the question as the past five years as he was instructed to look for this went back to 2008. So I don't know that he's prepared to go back to 2006 but you could certainly ask.

Q (By Ms. Woody) If you know.

A I don't know and I'm prepared for the list of questions asked.

What I did was I knew I couldn't remember these numbers in my head so I had our CFO prepare this and I wrote it on a piece of paper which I'll provide because I knew I couldn't remember every one of these numbers in my head.

(WHEREUPON DEPOSITION EXHIBIT NO. 36 WAS MARKED FOR IDENTIFICATION.)

Q (By Ms. Woody) Mr. McElliott, you've provided me with a document that we'll now designate as Deposition Exhibit 36 and that document shows the numbers of employed drivers and independent contractors going back to 12-31 of '08 up through 2-08 of '13; is that correct?

A That is correct.

Q And you said that you got those numbers by asking your CFO to give them to you?

A That's correct.

Q And do you know what he did in order to come up with those numbers?
A No, I do not.
Q And that was Mr. Droescher who provided these to you?
A That's correct.
Q Do you know what records he looked at?
A No, I do not.
Q Have you done anything to verify that these are accurate?
A I did not look at anything myself other than when I look at the numbers I generally would say those are accurate reflections of my knowledge.
Q And why would you be able to -- why would you be able to believe that they are accurate based on your experience?
A Because I worked 20 hours a day seven days a week for the last 22 years.
Q At TransAm?
A At TransAm.
Q And you're familiar with the number of drivers normally that TransAm has?
A That's correct.
Q It looks like in 2008 there were 509 employee drivers and 570 independent contractors for a

total of a little over a thousand drivers, 1,079.
Does that sound right?
A That sounds correct. I don't have the piece of paper in front of me.
Q Sure, I'll give it back to you in just one second.
With respect to these numbers, it looks like gradually over the years the proportion of independent contractors has increased vis-a-vis the entire number of drivers; is that right?
A That's correct.
Q Do you have any idea why that is?
A I can assume.
Q Tell me what you assume.
A I would assume that as hard working Americans if there's an opportunity in this country that they can achieve greater financial success and take control of their own destiny and be their own boss in their own -- and start their own business that it's an opportunity that most Americans would like and they have taken advantage of those great opportunities.
Q So you think that they take advantage of it because they want to own their own truck basically; is that right?
A Own their own business.

Q And own their own truck?

A That's correct.

Q With respect to the numbers, on the total numbers column there would that reflect, and I'm going to have a hard time asking this question so maybe you can bear with me, but does that reflect the number of drivers that TransAm has at any one period of time or that would be a number of people who were employed at some point during a given year?

You understand what I'm saying?

A No, I do not.

Q Okay. There's a number there of 1,079 drivers, for instance, for 2008.

Is that -- does TransAm have on an average day that number of drivers?

A On an average day our numbers would be slightly under that.

Q Okay. And I guess what I'm trying to find out is does this capture all of the individuals who would have worked at TransAm in a given year or is it sort of an average number?

A This is an average number at a given date.

Q Okay. On that date so as of 12-31-08 that was the number of drivers on that date; is that correct?

A That's what I would assume on this information.

Q So there could have been more drivers who came and went during the year, the number might be higher than 1,079 of people who were actually employed or independent contractors at some timeframe in 2008; is that right?

A That's correct.

Q Based on some earlier testimony from Miss McFarland, it sounds like there's an average of about 25 to 35 new drivers who go through the orientation process on most weeks at TransAm.

Does that sound right to you?

A That's correct.

Q And so during a given year could you estimate how much turnover there is within drivers during a given year for TransAm?

A I didn't come prepared. That's not one of the questions on the questions you provided to be prepared to ask.

If you're asking me to speculate with my knowledge I could speculate.

Q With your knowledge what's your best estimate?

A And rephrase the question so I want to hear it now once more.

Q Sure, the question is in a given year what's the percentage of turnover in drivers?

A My professional knowledge would say 140 percent, approximately.

Q So entire change of the workforce basically, approximately?

A That's correct.

Q Do you have any explanation for why there's such a, what appears, to be high percentage of turnover?

A Well, I don't believe that's a high percentage of turnover in our industry.

If you're asking me to ask why our industry has 140 percent turnover I can answer. Is that what you're asking?

I think it's a very, very difficult job. I think it's a job that a driver, independent contractor, company driver, chooses to make a decision to pursue a career and that career is that you, depending on your status of employment, if you're an independent contractor or company driver when you're providing the services you're away from your home. You have no communication. You live in a 10 by 10 tractor. You walk across a struck stop filled with 300 trucks in it. You eat junk food every night. You take showers in community showers and it's very hard to keep your

A That's correct.

Q So what Mr. Ross would have been doing was having that govenor put on that truck so he could then take it out as a company truck?

A That's correct.

Q And are the governors put on and taken off routinely if the truck is shifted from a company driven truck to an independent driver truck?

A Well, governor is software so there's not a device that's put on a truck.

You hook it to a laptop and you download the software to set the maximum speed.

Q Okay. And that's done routinely when trucks change their status?

A If you're asking, all company trucks are governed at 62 miles an hour.

Q And is it routine for a truck to switch from being a company truck to a leased truck?

MS. BAKER: Objection, vague.

A Is it routine for a company truck to switch from a company truck to a leased truck?

Q Yes.

A Routine, I don't really know what routine necessarily means.

Q Let me ask it this way. You said that TransAm

owns both the trucks that are leased to independent contractors that are then leased to TransAm and it owns the company trucks; right, it owns all those trucks?

A TransAm Trucking owns the trucks.

Q Yeah, right.

A Correct.

Q So how do you distinguish which trucks are going to be leased and which trucks are going to be driven by company drivers?

A When a driver comes to TransAm Trucking and has expressed an interest to lease a truck through TransAm Leasing, TransAm Leasing will show them available trucks and let them choose the truck they would like to lease.

Q And are those available trucks, can they be trucks -- are they company trucks or are they designated specially as only trucks that can be leased?

A They are trucks that TransAm Leasing feels that they want to lease.

Q And what criteria do they use for picking out which trucks they feel they want to lease?

A They know that in any given week that X percent of drivers might want to lease from them, future

customers, just off of their projections of who wants to become a leased driver through them or a leased -- lease a piece of equipment through them and they try to have assets available so they can service their customers.

Q So they try to have enough trucks available for the drivers that want to lease trucks?

A That's through their customers that might show an interest in leasing a truck from them, that's correct.

Q And do those trucks shift back and forth from being trucks that are leased and trucks that are company trucks?

A They switch if someone terminates -- well, really depends. It may or may not. He may purchase the truck.

Q But there's nothing that prevents them from switching back and forth?

A There has to be an action. If someone leased a truck through TransAm Leasing there has to be an action with the person that leased the truck.

Q If that person terminates the lease then that truck that was leased can either be leased to somebody else or become a company truck; correct?

A That's correct.

A The independent contractor agreement is identical.
Q Okay.
A But they don't have to lease a truck to be an independent contractor. They might own the truck out right.
Q And how many individuals, how many truckers, do you have that have their own equipment if you know?
A That haven't leased it through TransAm Leasing, is that your question?
Q Yes.
A 60 to 70.
Q Now, when TransAm -- excuse me, strike that.
When drivers lease through TransAm Leasing there's an option to lease to buy; is that correct?
A That's correct.
Q And do most of the folks who choose to lease through TransAm Leasing choose that option?
A I do not know if that is an option. They can execute it at the end of the lease.
Q So it's in all the agreements, it allows them the opportunity at the end of the lease to buy the truck for a certain price if they want to buy it?
A That's correct.

Q On a yearly basis, how many of the trucks leased through TransAm Leasing are bought by independent contractors?
A I don't know that number.
MS. BAKER: I'm going to object to the form of the question as being outside the scope of the topics he's been designated to testify on.
Q (By Ms. Woody) Do you have any idea how many?
A No, I don't.
Q How would we find that out? What documents would we look at to find that out?
A I don't know that either.
Q Do you have any idea what the percentage is?
A I can tell you that drivers that complete their lease in 2012 we paid out $1.2 million on lease completions.
Q And when you say lease completions, that's the bonus you get for completing your lease?
A That's correct.
Q And you said $1.2 million for completed leases; right?
A That's correct.
Q Now, are the leases for different periods of time?
A Yes, they are.
Q And what periods of time do the leases run for?

A Really that is determined on when that retirement date is of the asset.
Q Of the truck?
A That's correct.
Q When you say it's dependent on the retirement date of the asset, explain that to me.
A We run some trucks 48 months as an asset that we put it on the books to depreciate it for. We put some trucks on the books at 60 months.
Q Does that depend on what kind of a truck it is?
A No.
Q Then what does it depend on?
A Just depends on what we feel is the most economical for us to do at the time when we purchase the asset.
Q So you're either going to depreciate it on a 48 or 60 month basis?
A That's correct.
Q And so the leases may depend on how long it is until the retirement date of the truck which is the date the depreciation will be finished; is that correct?
A That's correct.
Q So what happens to a truck when it's reached the age of retirement, as you say? What's done with

it then?
A So under what are you talking to me about, what TransAm does with its company trucks?
Q Yes.
A That company truck would be sold.
Q How about a truck that's been leased from TransAm Trucking -- TransAm Leasing, would it be sold when it reaches that period of time as well, the depreciation time?
A Depends if the driver that has the lease agreement with TransAm Leasing has agreed to purchase the truck.
Q Assuming the driver doesn't purchase the truck, would it be retired at the end of the depreciation time?
A That's correct.
Q Let me ask you this. Do TransAm Leasing trucks are they sometimes assigned a lease -- assigned from one driver to another?
A Explain.
Q Sure. At least in the document we looked at here it looked like the truck Mr. Ross was driving for Larry Blair had previously been leased by somebody else.
MS. BAKER: Objection.

Q That person's name is lined through and Mr. Blair's name is put in there.

MS. BAKER: Objection, lacks foundation.

Q (By Ms. Woody) I'll tell you Mr. Blair testified that he leased this truck that had previously been leased to some other driver, okay, and that happens; doesn't it?

A You need to be more specific.

Q Sure. Is there anything -- if a driver leases a truck?

A Through TransAm Leasing?

Q Through TransAm Leasing, and for whatever reason terminates that lease before the end of the lease, which I believe since you have 140 percent turnover does happen; is that true?

A That happens.

Q At the time that that driver terminates the lease is that truck then available to be leased to another driver depending on the retirement age obviously?

A Through TransAm Leasing?

Q Yes.

A Yes, it is.

Q So the retirement age that's assigned to the truck, is that without regard to whether it's a

truck that's going to be leased or a company truck?

A No, it's not.

Q Okay, what's the difference?

A Difference is when the asset was put in service it's either done at 48 months or 60 months.

Q Is it done differently for company trucks than it is for trucks who are going to be available for leasing?

A No, it's not.

Q Then I think I'm confused by your answer.

I want to know is there a difference in the rate of depreciation that's assigned to the truck based on whether it's going to be driven by a company driver or driven by an independent contractor?

A No, it's not.

Q So when the asset is purchased, the truck is purchased, by TransAm Trucking, it's assigned at that point in time a depreciation schedule?

A That's correct.

Q Either 48 or 60 months?

A Correct.

Q And it's going to be sold after -- that point in time if it's still owned by TransAm Trucking it's

going to be sold after that period of time unless a driver buys it?

A Unless a lease operator that leased a truck and leased -- leased a truck with TransAm Leasing, chose to execute his buy-out of that asset.

Q If that doesn't happen that truck is going to be sold?

A If it's the end of the depreciation schedule, correct.

Q So when you say a truck is available for a lease for a period of time depends on how much time is left on that depreciation schedule; correct?

A That's correct.

Q So if you have a truck that, say, is 24 months old and it's got a depreciation schedule of 48 months, then it's only available to be leased for two more years; is that right?

A That's correct, and that's how the drivers make their choice as an independent businessman if they want to -- they can choose what truck they would like to lease. They might want to lease a truck with 20 months on it. They might want to choose to lease a truck with 48 months. They might want to lease a truck with 60 months on it.

Q If they buy the truck at the end of the

Q And that's a highway use tax that he's basically paying, that TransAm occurs and he's paying that?
A Under the independent contractor agreement, that's correct.
Q Pre pass, what is that?
A That is a device that he can choose to use if he'd like that goes into his trucks or truck that gives him a red light or green light to bypass the scales on the nation's highways.
Q Then Satellite Charges, that's for the mobile communication system?
A That's correct.
Q And he had to have one of those in each of his trucks?
A That's correct.
Q And those were -- and those charges were paid to TransAm; is that correct?
A That's correct.
Q And the next one, ERH, looks like, IA-ADVA with some numbers there.
Do you know what that is?
A I don't know what that is.
MS. BAKER: I'm going to just inject kind of a global objection at this point. I don't want to interrupt the flow of your deposition but