IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _Aaron Ballard_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _8/2009_ to on or about (month, year) _3/2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_ Date _10/17/2015_

Print Name _Aaron Ballard_

Address _2525 Sanjo St._

City, State Zip _Dacula GA 30019_

Phone _(678) 887-1477_

Email _aballard87@hotmail.com_

EXHIBIT
1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is <u>Alan Zdanuk</u>. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) <u>April, 2012</u> to on or about (month, year) <u>April, 2014</u>. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature <u>Alan Zdanuk</u>  Date <u>10/15/15</u>

Print Name <u>Alan Zdanuk</u>

Address <u>602 International Dr.</u>

<u> </u>

City, State Zip <u>Euless, TX 76039</u>

Phone <u>817-448-4353</u>

Email <u>luckyamz @ gmail.com</u>

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )      Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

**CONSENT TO JOIN**

My name is Alvin Haymer Jr. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) 7|11 - 10|11 ____ to
on or about (month, year) 1|12 - 1|12 . By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Alvin Haymer Jr_  Date 10|16|15

Print Name Alvin Haymer Jr.

Address 260 Haymer ln.

City, State Zip Yazoo City, MS 39194

Phone (601) 868-7003 , (662)571-7591

Email jayroqq@rocketmail.com

1st time I worked from 7|2011 to 10|2011
2nd time I worked from 1|2012 to 1|2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is _Amanda Tinsley_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _April, 2014_ to on or about (month, year) _April, 2015_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____    Date _Oct 14, 2015_

Print Name _Amanda Tinsley_

Address _1033 Cumberland Dr_


City, State Zip _Evans  GA  30809_

Phone _706-744-5099_

Email _lucas.storm 1990@gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

### CONSENT TO JOIN

My name is _Andrew Burk._ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2007_ to on or about (month, year) _2008_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_        Date _10/12/15_

Print Name _Andrew Burkhart_

Address _12725 E. Erie Rd._

City, State Zip _Albion Mi. 49224_

Phone _517 262-1095_

Email _aburkhart22@yahoo.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Andrew Goforth_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _03 / 14_ to
on or about (month, year) _06 / 14_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Andrew Goforth_            Date _10-14-15_

Print Name _Andrew Goforth_

Address _619 scruggs rd._

_____

City, State Zip _Forest City, NC 28043_

Phone _423 715 0563_

Email _gofo0681@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                          Plaintiffs,        )
v.                                           )       Case No: 09-CV-2443-EFM-DWB
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                          Defendant.         )

## CONSENT TO JOIN

My name is _Andrew Sinclair_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _6/2011_ to on or about (month, year) _10/2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Andrew Sinclair_                    Date _10/15/15_

Print Name _ANDREW Sinclair_

Address _35920 PRAISE PL    Apt 304_

City, State Zip _Zephyrhills, FL   33541_

Phone _813-602-8481_

Email _andyonee 2003@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                    Plaintiffs,          )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                    Defendant.           )

## CONSENT TO JOIN

My name is _Andrew Ward_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _3 - 2009_ to on or about (month, year) _11 - 2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date _10·14·15_

Print Name _Andrew Ward_

Address _193 White Deer Ave_

_____

City, State Zip _Allenwood, PA 17810_

Phone _570-412-3797_

Email _Andoen111@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is *Andrew E. Woodman Jr*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year)_____ *2013* to on or about (month, year) ___ *2014*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date _10-13-15_

Print Name_ *Andrew Woodman Jr* _____

Address_ *1166 S. Cooper Dr* _____

_____

City, State Zip_ *Deltona Fl 327-25* _____

Phone_____ *386- 473- 3773* _____

Email_____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>                                Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is Angel L. Corco . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 8 – 14 to on or about (month, year) to 1/8/15. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date oct/14/15

Print Name _Angel L. cordero torres_

Address _1 Gerard way_

_Holyoke ma_

City, State Zip _01040_

Phone _413 727 - 1698_

Email _angel39-40@yanoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Anthony Bates_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Nov 2013_ to on or about (month, year) _Jan 2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_                     Date _10-14-15_

Print Name _Anthony Bates_

Address _6714 N Hydraulic_

City, State Zip _Wichita, KS, 67219_

Phone _316-494-5167_

Email _tonybates51@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is _Anthony Burnett_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _02/11_ to on or about (month, year) _05/30/12_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Anthony E Burnett_     Date _10/17/15_

Print Name _Anthony Burnett_

Address _87 Ward Hill RD_

City, State Zip _Hanceville Alabama 35077_

Phone _(256) 338-8915   (256)287-9477_

Email _____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN

My name is Anthony J. Passarelli I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 7-13 , to on or about (month, year) 7-14 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date 10·14·15

Print Name Anthony J Passarelli

Address 529 Walnut Street Apt C

City, State Zip Vandergrift, PA 15690

Phone 412-303-9356

Email Tonypassarelli@gmail.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

Case No: 09-CV-2443-EFM-DWB

## CONSENT TO JOIN

My name is _Anthony Terry_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _7 - 2008_ to on or about (month, year) _4 - 2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Anthony Terry_                Date _10-13-15_

Print Name _Anthony Terry_

Address _127 E. Kennedy Blvd. Apt. 8_

_Lo_

City, State Zip _Lakewood NJ 08701_

Phone _848-525-2705_

Email _anthonyterry7070@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Anthony Torres_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _October, 2014_ to on or about (month, year) _Dec, 2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Anthony Torres_                Date _10/13/2015_

Print Name _Anthony Torres_

Address _620 Orange Drive Apt 227_

City, State Zip _Altamonte Springs, FL 32701_

Phone _(407) 350-2997_

Email _anthony4320@outlook.com_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
)       Case No: 09-CV-2443-EFM-DWB
v. )
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Anthony Welch. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) March 10, 2010 to on or about (month, year) Oct 20 2010. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date Oct 13, 2015

Print Name Anthony Charles Welch

Address 3194 Hwy 37 east

City, State Zip Moultrie GA. 31788

Phone 229-891-6872

Email tonywelch215@yahoo.com

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Antonio Moreno_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _July 08_ to on or about (month, year) _March 2010_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Antonio Moreno Jr._    Date _10-16-15_

Print Name _Antonio Moreno Jr_

Address _1333 Garber Ave_

City, State Zip _Lincoln, NE._

Phone _308-224-9570_

Email _morenojra1103@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is Antonio Patrick. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 11/2014 to on or about (month, year) 03/2015. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Antonio Patrick_ Date _10-14-2015_

Print Name _Antonio Patrick_

Address _5724 Mistyview Dr._
_Rex, Ga. 30273_

City, State Zip _Rex, Georgia 30273_

Phone _(678) 551-0493_

Email _a.patrick.kronus1@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JOIN**

My name is Ḥσᵤₗₗₒₛ Ⱥ. Smith. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 08/26 H to on or about (month, year) 11/10 i4. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Apollos Smith_ Date _10-16-15_

Print Name _Apollos Amon Smith_

Address _6059 waverly dr_

City, State Zip _Jackson, MS 39206_

Phone _601-291-0312_

Email _markharris692@yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

### CONSENT TO JOIN

My name is _Arleen Wright_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year)__6-10__ to
on or about (month, year) __9/10__ By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Arleen Wright_          Date _10-14-15_

Print Name _Arleen Wright_

Address _P.O. Box 341_

City, State Zip _Cropwell, Alabama 35054_

Phone _205-639-3258_

Email _arleenwright643@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JOIN**

My name is Armand Shope . I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) 12 - 14 to
on or about (month, year) 2 - 15 . By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature Armand Shope                     Date 10 - 14 - 15

Print Name ARMAND SHOPE

Address 11 White Street

City, State Zip Vanceburg Ky 41179

Phone 606 - 541 - 6049

Email bkshope@yahoo.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

My name is Arthur A Crowthers I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) Jan. 2010 to on or about (month, year) July 2010. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date 10-14-15

Print Name Arthur A Crowthers

Address 812 Steely St.

_____

City, State Zip Waterloo IA, 50703

Phone (319) 504-5202

Email a_crowthers@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Arthur S. Kimmer. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 3-14 to on or about (month, year) 4-15. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _A. Steve Kimmer_  Date 10-15-15

Print Name Arthur S. Kimmer JR.

Address 6604 mt. Plymouth Rd.

_____

City, State Zip Apopka, Fl. 32712

Phone 321-231-9095

Email _____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>) |

**CONSENT TO JOIN**

My name is _Barry Strothmann_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _12/2013_ to on or about (month, year) _5/2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Barry Strothmann_          Date _10/10/2015_

Print Name _BARRY STROTHMANN_

Address _20 Beech Str._

_M_

City, State Zip _MAYWOOD, NJ 07607_

Phone _201-693-8759_

Email _BARRY.STROTHMANN@gMail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is _Bernard Hughes_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2/12_ to on or about (month, year) _5/12_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Bernard Hughes_      Date _10-13-15_

Print Name _Bernard T Hughes_

Address _216 Linden Ave_

_Irvington, N.J. 07111_

City, State Zip _____

Phone _201-780-1833_

Email _bhughes06070@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is _Billy C. Coleman_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4/2007_ to on or about (month, year) _8/2007_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Billy C. Coleman_          Date _10-15-2015_

Print Name _Billy C. Coleman_

Address _180 Hugh DR_

City, State Zip _Covington, GA 30016_

Phone _470-217-4327_

Email _JOY2GA@COMCAST.NET_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is_____. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) *Feb, 2010* to
on or about (month, year) *May 2010*. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature *Bill C. Henderson*          Date *10-14-15*

Print Name *Bill C. Henderson*

Address *6000 Christian Chapel Rd.*          *Note: Not for*
*Sure about the*
*months, but year*
City, State Zip *Cedar Grove, TN. 38321*          *is correct*

Phone *731-358-0178*

Email_____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

Case No: 09-CV-2443-EFM-DWB

**CONSENT TO JOIN**

My name is _Billy HARRIS_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2 -/2_ to on or about (month, year) _6-/2_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Billy Wa._      Date _10-16-15_

Print Name _Billy HARRIS_

Address _9595 Ally RD_

City, State Zip _LAKe Wales, Fl, 33853_

Phone _863-676-2910, 863-232-9576_

Email _bwayne4971@hotmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                         Plaintiffs,     )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                         Defendant.      )

## CONSENT TO JOIN

My name is _Billy ISER_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _8 - 2012_ to
on or about (month, year) _12-2012_.  By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Billy J Iser_                      Date _10-13-15_

Print Name _Billy J ISER_

Address _185 RAVE[OF CT_

_____

City, State Zip _LEAVITTSBURG, OH, 44430_

Phone _330-978-4343_

Email_____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Billy Slone_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _April 2012_ to on or about (month, year) _April 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Billy J. Slone_  Date _10/14/15_

Print Name _Billy J. Slone_

Address _7528 Woodmont St._

_Navarre_

City, State Zip _Navarre, FL 32566_

Phone _850 736 0576_

Email _Kristy19792001@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is *Branden Harris* I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *07-14* to on or about (month, year) *07-14*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *Branden Harris*                      Date *10-16-2015*

Print Name *Branden Harris*

Address *760 Van Buren Ave*

City, State Zip *Cincinnati, OHIO  45215*

Phone *513-570-8532*

Email *HeaveyHaul@Gmail.com ... / Antonio45215@gmail.com*

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )       Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is _Brandon Boone_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _April 2014_ to on or about (month, year) _August 2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brandon Boone_                      Date _10/10/15_

Print Name _Brandon Boone_

Address _1500 Prentis Ave_

City, State Zip _Portsmouth VA 23704_

Phone _757-292-7962_

Email _brandinboom@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                              Plaintiffs, )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                              Defendant. )

## CONSENT TO JOIN

My name is _Brandon K. Grant_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _May 2013_ to on or about (month, year) _August 2014_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brandon K. Grant_          Date _10/13/15_

Print Name _Brandon K. Grant_

Address _3105 Glory Ln._

City, State Zip _Plano, TX 75025_

Phone _214-998-8991_

Email _brandonKgrant@hotmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                         Plaintiffs,      )
v.                                        )          Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                         Defendant.       )

## CONSENT TO JOIN

My name is Brandon Moss. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 11-2009 to on or about (month, year) 7-2010. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brandon Moss_   Date _10-14-15_

Print Name _Brandon Moss_

Address _527 West Brown DR._

City, State Zip _Davisboro Ga 31018_

Phone _478-232-4409 (cell)   478-348-3292 (Home)_

Email _Fheggs @ yahoo. com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

My name is _Brandon D. Pope_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _May 08_ to on or about (month, year) _May 09_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brandon D. Pope_                    Date _10/14/15_

Print Name _Brandon D. Pope_

Address _1815 Hwy 166 N._

_Mt. Pleasant, TN. 38474_

City, State Zip_____

Phone _931-201-7967_

Email_____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is _Braulio Alvarez_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2 / 2011_ to on or about (month, year) _6 / 2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date _10-14-2015_

Print Name _Braulio Alvarez_

Address _10718 S. Ave C_

_____

City, State Zip _Chicago, IL 60617_

Phone _(872) 301-8060 or (219) 840-1097_

Email _braulio alvarez @ me .com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Brent Callon_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _3/10/2015_ to on or about (month, year) _3/25/2015_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brent Callon_                     Date _10-13-15_

Print Name _Brent Callon_

Address _1338 W Sunset Ct_

City, State Zip _Wichita KS 67212_

Phone _316-821-6559_

Email _brentsconcrete123@hotmail.com_

5

_/ over)_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _BRIAN W BAILEY_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year)__?__ _2009_ to on or about (month, year) __?__ _2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_ Date _10-14-15_

Print Name _BRIA    BAILEY_

Address _7825   Branhill RD_

_Primm Springs TN 38476_

City, State Zip _____

Phone _615 - 521-1031_

Email _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Brian Chandler_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _12 / 2013_ to
on or about (month, year) _1 / 2014_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _B. Chad_                          Date _10·12·2015_

Print Name _Brian Chandler_

Address _987 Scott St Apt 5_

_____

City, State Zip _Norfolk VA 23502_

Phone _____

Email _BrianChandler000@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Brian Lowry_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _8/2010_ to on or about (month, year) _12/2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brian Lowry_ Date _10/13/15_

Print Name _Brian Lowry_

Address _185 Olive St_

City, State Zip _Bolivar, N.Y. 14715_

Phone _(585) 928-5089_

Email _BLowry09@yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN

My name is _Brian K. Mack_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _August 2008_ to on or about (month, year) _March 2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brian Mack_      Date _10/14/15_

Print Name _Brian Mack_

Address _6632 Pine_

City, State Zip _Taylor, MI 48180_

Phone _(313) 570-2047_

Email _BMACKRTV607@Gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                                )
CHARLIE DAVIS,                                 )
On Behalf Of Themselves And                    )
All Other Persons Similarly Situated,          )
                                               )
                          Plaintiffs,          )
v.                                             )          Case No: 09-CV-2443-EFM-DWB
                                               )
TRANSAM TRUCKING, INC.                         )
                                               )
                          Defendant.           )

## CONSENT TO JOIN

My name is Brian Mergenthaler I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) march 2014 to
on or about (month, year) Sept 2014. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____   Date 10/13/15

Print Name Brian Mergenthaler

Address 1509 N. Donnelly st.

_____

City, State Zip Mount Dora, FL 32757

Phone 407-963-9178

Email TmTransport.BM@gmail.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 09-CV-2443-EFM-DWB

**CONSENT TO JOIN**

My name is _Brian Young_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _July_ to on or about (month, year) _Now_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_                     Date _16-13-15_

Print Name _Brian Young_

Address _701 West St_

City, State Zip _Savannah, GA 31415_

Phone _(912) 358-9586_

Email _Brian Young 2405 At yahoo.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is _Britt Jones_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _11/13_ to on or about (month, year) _1/14_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Britt Jones_                Date _10/14/15_

Print Name _Britt Jones_

Address _241 Winter St_

City, State Zip _Battle Creek MI_

Phone _269-924-8475_

Email _bbrittjones@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )   Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is BRYAN CANADY . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 3/09 to on or about (month, year) 4/10 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Bryan Canady_     Date _10/13/15_

Print Name _BRYAN CANADY_

Address _2655 CINDY LN_

City, State Zip _Snellville, GA    30078_

Phone _770-882-3840_

Email _fixit CANADY @ YAHoo.Com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                        Plaintiffs,          )
v.                                           )        Case No: 09-CV-2443-EFM-DWB
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                        Defendant.           )

## CONSENT TO JOIN

My name is _Caesar Venable_ worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year)_May 2014_ to
on or about (month, year) _nov 2015_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Caesar Venable_                   Date _10-15-15_

Print Name _Caesar Venable_

Address _5731 Waverly Lynn lane_

_Charlotte, N.C. 28269_

City, State Zip_____

Phone _631-532-7409_

Email _ZAR6187@aol.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

My name is _Carl Crews_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4/13_ to on or about (month, year) _9/13_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Carl Crews_          Date _10-14-15_

Print Name _Carl Crews_

Address _1015 N. Broad St_

City, State Zip _Thomasville, Ga. 31792_

Phone _(229) 403 8137_

Email _____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                                    )
CHARLIE DAVIS,                                     )
On Behalf Of Themselves And                        )
All Other Persons Similarly Situated,              )
                                                   )
                              Plaintiffs,          )
v.                                                 )        Case No: 09-CV-2443-EFM-DWB
                                                   )
TRANSAM TRUCKING, INC.                             )
                                                   )
                              Defendant.           )

**CONSENT TO JOIN**

My name is _Carl Flourney_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Dec 2014_ to on or about (month, year) _still working_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Carl Flourney_                Date _10/10/15_

Print Name _CARL Flourney_

Address _1009 Delaware Ave_

City, State Zip _Fountain hill PA 18015_

Phone _610 972 0302_

Email _CARL Flurncy74@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is **Carvin K. Bethea** I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _July    2014_ to on or about (month, year) _Sept 2014_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Carvin Bethea_                    Date _10/13/15_

Print Name _Carvin Bethea_

Address _175 Johnson Ave. Apt 10-C_

City, State Zip _Lawrence, NJ 08648_

Phone _609-638-2651_

Email _CarvinBethea50@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB |

## CONSENT TO JOIN

My name is CASEY WALTERS I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) OCTOber 2013 to on or about (month, year) MARCH 2014 By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date 10/13/15

Print Name CASEY WALTERS

Address 1706 MAHAFFEY CIR L

City, State Zip Lakeland FL 33811

Phone 863-430-5323

Email CSy. WALTERS @ gmail.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and <br> CHARLIE DAVIS, <br> On Behalf Of Themselves And <br> All Other Persons Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> TRANSAM TRUCKING, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 09-CV-2443-EFM-DWB <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO JOIN

My name is *Cecil Lees*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *Dec 2013* to on or about (month, year) *June 2014* By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *Cecil Lees*          Date *10-13-2015*

Print Name *Cecil Lees*

Address *4402 West Wallcraft Av*

City, State Zip *Tampa Florida 33611*

Phone *813 393 8485 — 813 3635168*

Email *Teeklees 70 @ Gmail.Com*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and <br> CHARLIE DAVIS, <br> On Behalf Of Themselves And <br> All Other Persons Similarly Situated, <br><br>                   Plaintiffs, <br> v. <br><br> TRANSAM TRUCKING, INC. <br><br>                   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No: 09-CV-2443-EFM-DWB <br> ) <br> ) <br> ) <br> ) |

**CONSENT TO JOIN**

My name is _Cedric Firth_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _8-07_ to on or about (month, year) _12-07_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Cedric M. Firth_     Date _10-14-15_

Print Name _Cedric Firth_

Address _15318 W 156th St_

City, State Zip _Olathe KS 66062_

Phone _913-205-6615_

Email _BIKC@SBC Global.Net_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                        )
CHARLIE DAVIS,                         )
On Behalf Of Themselves And           )
All Other Persons Similarly Situated,  )
                                       )
                        Plaintiffs,    )
v.                                     )          Case No: 09-CV-2443-EFM-DWB
                                       )
TRANSAM TRUCKING, INC.                 )
                                       )
                        Defendant.     )

## CONSENT TO JOIN

My name is *Cedric L. Holloway* I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) *11 / 2009* to
on or about (month, year) *1/2011*. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature *Cedric L. Holloway*                     Date *10-13-2015*

Print Name *Cedric L. Holloway*

Address *7664 W. Sandidge RD.*

City, State Zip *Olive Branch, MS 38654*

Phone *901-949-4817*

Email *CedricHolloway88@yahoo.com*

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                    Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                Defendant. )

## CONSENT TO JOIN

My name is _Cedric Porter_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _09/ 2012_ to on or about (month, year) _12/ 2012_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date _10/15/15_

Print Name _Cedric Porter_

Address _349 Indian Park Dr_

City, State Zip _Murfreesboro TN 37128_

Phone _615-589-6664_

Email _Ceddporter@Gmail_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                          )
                        Plaintiffs,       )
                                          )        Case No: 09-CV-2443-EFM-DWB
v.                                        )
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                        Defendant.        )

## CONSENT TO JOIN

My name is _Cedric Stevens_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _02/15 - 03/15_ to _08/15 - 09/15_
on or about (month, year) _09/15_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Cedric Stevens_                Date _10/15/15_

Print Name _Cedric Stevens_

Address _7105 Thames Lane_

_____

City, State Zip _Riverdale Ga 30296_

Phone _(404) 906-0351_

Email _cedricstevens168104@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                               )
CHARLIE DAVIS,                                )
On Behalf Of Themselves And                   )
All Other Persons Similarly Situated,         )
                                              )
                         Plaintiffs,          )
v.                                            )     Case No: 09-CV-2443-EFM-DWB
                                              )
TRANSAM TRUCKING, INC.                        )
                                              )
                         Defendant.           )

**CONSENT TO JOIN**

My name is *Charles A. Dennis* . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *11/2013* to on or about (month, year) *12/2014* . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *Chas A. Dennis*                     Date *10/13/15*

Print Name *Charles A. Dennis*

Address *264 Saint Johns Circle*

_____ *APT 100*

City, State Zip *Fern Park, FL 32730*

Phone *(407)252-6553*

Email *charles.dennis67@yahoo.com*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
 )
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
 )
TRANSAM TRUCKING, INC. )
 )
Defendant. )

## CONSENT TO JOIN

My name is Charles L. Dickinson I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) 6 - 2015 to
on or about (month, year) 8-2015 . By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Clark L. Dickson_ Date _10 - 13 - 15_

Print Name _Charles L. Dickinson_

Address _239 Woodard Ave Po Box 105_

City, State Zip _Cyclone PA 16726_

Phone _(814) 331-5433_

Email _____

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
       )
            Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
       )
TRANSAM TRUCKING, INC. )
       )
            Defendant. )

## CONSENT TO JOIN

My name is CHARLES GLOVER I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 01 - 2014 to on or about (month, year) 04 - 2014 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Charles Glover_     Date _10/13/2015_

Print Name _CHARLES GLOVER_

Address _4451 JAYNES STREET_

City, State Zip _OMAHA, NE. 68111_

Phone _(402) 452-9924_

Email _Charlesglover 67@ yahoo. com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is *Charles Grant*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *11/2010* to on or about (month, year) *8/2011*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____   Date *10/17/15*

Print Name *Charles W. Grant*

Address *66 Evergreen Avenue,*

*Apt. 3*

City, State Zip *Hartford, CT 06105*

Phone *860-371-6370*

Email *washingtongc2015@gmail.com*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And             )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )          Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is *Charles J. Wadsworth* worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) *01-2015*          to
on or about (month, year) *06-2015* . By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____ Date *10-13-2015*

Print Name *Charles Justin Wadsworth*

Address *658 Vista Lake Drive*

City, State Zip *Manteo, NC 27954*

Phone *(804) 252-9706*

Email *Cjwadsworth@yahoo.com*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                    Plaintiffs,          )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                    Defendant.           )

## CONSENT TO JOIN

My name is Charlie Lowe. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) march 2011 to on or about (month, year) march 2012. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Charlie Lowe_____  Date _10-15-2015_

Print Name _Charlie Lowe_____

Address _311 pinedale road road___

_____

City, State Zip _North Wilkesboro, NC 28659_

Phone _(336)469-2717  (336)467-1409_

Email _cblowe45@aol.com_____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                        Plaintiffs,       )
v.                                        )        Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                        Defendant.        )

## CONSENT TO JOIN

My name is _Chester F. Wright_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _JAN 2015_ to
on or about (month, year) _Sept 2015_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Chester F. Wright_                    Date _10-14-15_

Print Name_ CHESTER F. WRIGHT _

Address _1052 CREATWOOD CIRCLE_


City, State Zip _SMYRNA  GA  30080_

Phone _678-849-5325_

Email _cfwright @ Outlook.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 09-CV-2443-EFM-DWB

## CONSENT TO JOIN

My name is Chris Ruhlman I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 2012 to on or about (month, year) 2015. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Chris Ruhlman_   Date _10-13-15_

Print Name _Chris Ruhlman_

Address _1495 Oleopolis Rd_

City, State Zip _Oil City PA 16301_

Phone _(814) 673-0195_

Email _ruhlmanc123@yahoo.com_

5

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
               Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
               Defendant. )

### CONSENT TO JOIN

My name is Christopher Lawler I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 08/2008 to on or about (month, year) 12/2008 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Christopher Lawler_     Date _10/13/2015_

Print Name _Christopher Lawler_

Address _11423 Lucky Dan Dr._

City, State Zip _Noblesville, IN 46060_

Phone _(317) 565-3450_

Email _cslawler1980@att.net_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
)
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Christopher____. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) 02/13____ to
on or about (month, year) 05/13____. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Christopher mun____ Date 10/14/15

Print Name _Christopher McMahan____

Address _1795 Divango Ct SW____

City, State Zip _Wyoming, MI 49519____

Phone _016-490-8812____

Email _mcmahanchristopher@yahoo.com____

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>                              Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No: 09-CV-2443-EFM-DWB |

## CONSENT TO JOIN

My name is Christopher York I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 11/2012 to on or about (month, year) 02/2013 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Christopher York_                Date _10/14/2015_

Print Name _Christopher York_

Address _3517 Reagan Drive_

City, State Zip _Fort Worth TX 76116_

Phone _(817) 262-0523_

Email _cymfspll7@yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and ⟩
CHARLIE DAVIS, ⟩
On Behalf Of Themselves And ⟩
All Other Persons Similarly Situated, ⟩
⟩
                      Plaintiffs, ⟩
v. ⟩     Case No: 09-CV-2443-EFM-DWB
⟩
TRANSAM TRUCKING, INC. ⟩
⟩
                    Defendant. ⟩

### CONSENT TO JOIN

My name is _Clint Terrill_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _MAY, 2012_ to on or about (month, year) _OCT, 2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____    Date _10-13-15_

Print Name _Clint Terrill_

Address _3027 S. Vine_

_____

City, State Zip _Wichita KS 67217_

Phone _316-807-7089_

Email _PITMASTER 524 @ Gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JOIN**

My name is _Corey Browning_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _June, 2013_ to on or about (month, year) _July, 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_ Date _10-14-15_

Print Name _Corey R. Browning_

Address _106 Valley View Cir._

City, State Zip _Calhoun, GA. 30701_

Phone _470-259-0083_

Email _CB3000JR@GMAIL.COM_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is *Corey D. Smith* I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *2 - 2009* to on or about (month, year) *5 - 2009* By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *Corey D. Smith*          Date *10 - 13 - 2015*

Print Name *Corey D. Smith*

Address *1166 Aspen Log Place*

City, State Zip *Austell, Ga. 30168*

Phone *562 - 612 - 6225*

Email *yeroc_express @ yahoo. Com*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                         Plaintiffs,     )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                         Defendant.      )

**CONSENT TO JOIN**

My name is _Cornelius Hawkins_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _5 - 2011_ to on or about (month, year) _12 - 2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Cornelius Hawkins_     Date _10-14-15_

Print Name _CORNELIUS   HAWKINS_

Address _4401 Cortina Circle_

_Unit 335_

City, State Zip _Fort Myers, Florida_

Phone _239-822-0396_

Email _CLLEGEND@AOL.COM_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 09-CV-2443-EFM-DWB

### CONSENT TO JOIN

My name is _Cory Dewey_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _5|13_ to on or about (month, year) _8|13_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Cory Dewey_ Date _10|14|15_

Print Name _Cory Dewey_

Address _1101 Santa Fe Ave_

_Davis Junction, IL-61020_

City, State Zip _Davis Junction, IL-61020_

Phone _815-391-4184_

Email _Metallica_4ever12@yahoo.com_

5

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is __CRaig Davis__. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year)__Dec 2014__ to on or about (month, year) __March 2015__ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature __Craig D__ Date __10/24/15__

Print Name __CRAig D Avis__

Address __8079 Kylie Court__

City, State Zip __Riverdale GA 30274__

Phone __770 374-9117 cell / 770-731-2780 offie__

Email __Davis Davis INC @ G MAil. Com__

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                       Plaintiffs,        )
v.                                        )        Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                       Defendant.         )

## CONSENT TO JOIN

My name is _Curtis Brown_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _December 2007_ to on or about (month, year) _December 2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Curtis Brown_                           Date _10/13/2015_

Print Name _Curtis L Brown_

Address _345 Ahern Dr_

City, State Zip _Edgewood, Md 21040_

Phone _443 752 -1981_

Email _fernj345@hotmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is _Curtis Williams_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _DEC. 2012_ to on or about (month, year) _FEB. 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Curtis Williams_ Date _10-12-15_

Print Name _Curtis R. Williams_

Address _PO Box 153_

City, State Zip _DAHLONEGA, GA 30533_

Phone _678-615-1650_

Email _MOUNTAINTRUCKER1@GMAIL.COM_
_(ALL LOWER CASE)_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is Cynthia L. Mauk. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) June, 13 to on or about (month, year) July, 13. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature Cynthia L. Mauk                    Date 10-15-15

Print Name CYNTHIA L. MAUK

Address 1331 HOWARD ST.

_____

City, State Zip CLEARWATER, FL. 33756

CELL
Phone 727-225-2129

Email_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

My name is _Dale Roketa_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _April 2008_ to on or about (month, year) _Nov 2008_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_                         Date _10-15-15_

Print Name _DALE Roketa_

Address _804 Sycamore Dr_

City, State Zip _Shorewood IL 60404_

Phone _630-675-5129_

Email _rroketa@att.net_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )     Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is *Reonard J Huston*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *08/2014* to on or about (month, year) *12/2014* . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _*Reonard Huston*_                    Date _*10/17/15*_

Print Name _*Reonard    Huston*_

Address _*865    Bancker   Rd   Apt 2*_

City, State Zip _*Norfolk, VA   23508*_

Phone _*(773) 732 - 2651*_

Email _*Reonardhuston@gmail.com*_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _Daniel Nesan_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Dec-9-12_ to on or about (month, year) _3-28-13_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Daniel nelr_ Date _10-14-15_

Print Name _Daniel Nelson_

Address _4755 Cold Springs Rd_

City, State Zip _West Paducah, KY 42086_

Phone _270 331-5545_

Email _dtnelson 63 @ yahoo, com_

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
               Plaintiffs, )
v. )     Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
              Defendant. )

## CONSENT TO JOIN

My name is Daniel Lloyd Pearson. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) April, 2011 to on or about (month, year) October, 2011 By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date 10/15/15

Print Name Daniel Lloyd Pearson

Address 8152 Jamestown Dr.

_____

City, State Zip Winter Haven, FL 33884

Phone (863) 585-1224

Email druidboy85@gmail.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _Danny D Stretch_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Aug 2007_ to on or about (month, year) _Jun 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Danny D. Stretch_                Date _10-13-15_

Print Name _Danny D. Stretch_

Address _416 Carl C. Senter St._

City, State Zip _Forney Tx_

Phone _940 473 1454_

Email _DutchStretch @ AOL.Com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
                                         )
v.                                       )     Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is ___Darnell Sutton___. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) ___Jan. 2012___ to
on or about (month, year) ___Dec. 2012___ By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature_____     Date_10-10-15_

Print Name___Darnell L. Sutton_____

Address___318 Canon Circle_____

_____

City, State Zip__Springfield, Mt, 0118_____

Phone__(703) 231-0626_____

Email_____dsutton644@gmail.com_____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                        Plaintiffs,       )
v.                                        )        Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                        Defendant.        )

**CONSENT TO JOIN**

My name is **David Bishop** I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) **Oct. 2009** to
on or about (month, year) **Mar. 2014.** By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature **David M. Bishop**                        Date **10.15.2015**

Print Name **David M. Bishop**

Address **5115 S. Hametown Rd.**


City, State Zip **Norton OH 44203**

Phone **330 · 687 · 2664**

Email

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )      Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is _David D. Collins_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _4 / 2015_ to
on or about (month, year) _7 / 2015_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _David D. Collins_                      Date _10/13/15_

Print Name _David Dewayne Collins_

Address _1035 Kendrick Fork_

_____

City, State Zip _Pikeville, KY  41501_

Phone _(606) 253-3120_

Email _dewaynecollins@hotmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                              Plaintiffs,    )
                                             )       Case No: 09-CV-2443-EFM-DWB
v.                                           )
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                              Defendant.     )

### CONSENT TO JOIN

My name is _David Curelop_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Feb 2008_ to on or about (month, year) _Feb 2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _David Curelop_                     Date _10/13/15_

Print Name _David Curelop_

Address _1 Bellview Drive_

City, State Zip _Mansfield, MA_

Phone _617-688-3580_

Email _Schlep5004@GMAIL.COM_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and　　　　　　　　)
CHARLIE DAVIS,　　　　　　　　)
On Behalf Of Themselves And　　　)
All Other Persons Similarly Situated,　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiffs,　)
v.　　　　　　　　　　　　　　　　)　　　Case No: 09-CV-2443-EFM-DWB
　　　　　　　　　　　　　　　　)
TRANSAM TRUCKING, INC.　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant.　)

**CONSENT TO JOIN**

My name is _David Frick_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _3/2014_ to on or about (month, year) _9/2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date _10/15/2015_

Print Name _David D. Frick_

Address _147 SW 25 Ave_

_Boynton Bch, FL 33435_

City, State Zip _____

Phone _561-577-5883_

Email _David.d.Frick@gmail.com_

_as of November 16th my address will be 5555 College Rd, slip 11, Lobster Pier, Key West FL 33040_

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                              Plaintiffs, )
v.                                        )        Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                              Defendant.  )

## CONSENT TO JOIN

My name is _David Hegarty_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _12/2014_ to on or about (month, year) _2/2015_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date _10/10/2015_

Print Name _David Hegarty_

Address _402 Ferrell Rd_

City, State Zip _Mullica Hill, NJ 08062_

Phone _856-994-7505_

Email _dvdhegarty5918 at gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _David Leavitt_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _1/15_ to on or about (month, year) _4/15_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _David Leavitt_     Date _10/14/15_

Print Name _David Leavitt_

Address _12305 Maiglanshire Ct_

City, State Zip _Gaithersburg, MD 20878_

Phone _301-569-1892_

Email _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                          Plaintiffs,        )
v.                                           )        Case No: 09-CV-2443-EFM-DWB
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                          Defendant.         )

## CONSENT TO JOIN

My name is_____. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year)_____ to
on or about (month, year) _____. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _David q. Lewis_____ Date _10-10-15_

Print Name _DAvid J. Lewis_____

Address _16138 Cathleen Drive_____

City, State Zip _Smithfield VA 23030_

Phone _757-_____

Email _I Love LC # 925 @ Gmail.com_
_Gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is _DAVID F. MAXWELL_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from, on or about (month, year) _4/21/12_ to on or about (month, year) _1/12/13_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date _10/16/15_

Print Name _DAVID F. MAXWELL_

Address _199 BOULEVARD AVE_

City, State Zip _THROOP, PA 18512_

Phone _(610) 809-8399_

Email _bobo4201.dm@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN

My name is *David L Morgan* I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *Jan, 2011* to on or about (month, year) *March 2011*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *David L Morgan*     Date *10-15-15*

Print Name *David L Morgan*

Address *1013 Wesley Lane*

City, State Zip *Yadkinville, NC 27055*

Phone *336-345-2447*

Email *dlmorgan11@yahoo.com*

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JOIN**

My name is David Mosley I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 7/2012 to on or about (month, year) 11/2012. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date 10/14/15

Print Name David Mosley

Address 7280 Waters Edge Dr.

Stone Mtn

City, State Zip GA. 30087

Phone 770-369-3917

Email dgmosley2003@yahoo.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and            )
CHARLIE DAVIS,             )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
                           )
                Plaintiffs, )
v.                         )        Case No: 09-CV-2443-EFM-DWB
                           )
TRANSAM TRUCKING, INC.     )
                           )
                Defendant. )

**CONSENT TO JOIN**

My name is _David S. Norman_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _3 4 - 13_ to on or about (month, year) _5 -13_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____   Date _10-12-2015_

Print Name _David Samuel Norman_

Address _222 E. Hemstead Street_

_Lexington, North Carolina_

City, State Zip _27292_

Phone _336 470 4270_

Email _Dnorman 27292 @ Yahoo. Com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )       Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is David Nosal. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 10/2011 to on or about (month, year) 3/2012. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature David Nosal                        Date 10/13/15

Print Name David Nosal

Address 214 E. Travis St

City, State Zip Leonard, TX 75452

Phone (903) 449-6180

Email tordy1@aol.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No: 09-CV-2443-EFM-DWB |
| v. | ) | |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

My name is David Qualls. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 2/14 to on or about (month, year) 6/14. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _David Qualls_          Date _10/13/15_

Print Name _David Qualls_

Address _1709 Ivey Rd_

City, State Zip _G.C.S., Fl 32043_

Phone _904-284-7669_

Email _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JOIN

My name is David Riggleman. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 12-2010 to on or about (month, year) 12-2012. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _David g Riggleman_          Date _10-13-15_

Print Name _David Joe Riggleman_

Address _55 High Street_

_____

City, State Zip _Lonaconing, MD 21539_

Phone _(cell) 304-790-1461_ - Home _301-463-3543_

Email _driggleman@mail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                    )
CHARLIE DAVIS,                     )
On Behalf Of Themselves And        )
All Other Persons Similarly Situated, )
                                   )
                        Plaintiffs, )
v.                                 )        Case No: 09-CV-2443-EFM-DWB
                                   )
TRANSAM TRUCKING, INC.             )
                                   )
                        Defendant. )

**CONSENT TO JOIN**

My name is _DAVID Smith_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _July 20 2015_ to on or about (month, year) _Aug 20, 2015_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _David A. Smith_                Date _10/16/15_

Print Name _DAVID  A.  SMITH_

Address _423  61st Ave  N.E._

_St. Pete  FL  33703_

City, State Zip _St. Pete  FL  33703_

Phone _(727) 316-1165_

Email _ds747441 @ Hotmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                                )
CHARLIE DAVIS,                                 )
On Behalf Of Themselves And                    )
All Other Persons Similarly Situated,          )
                                               )
                          Plaintiffs,          )
v.                                             )       Case No: 09-CV-2443-EFM-DWB
                                               )
TRANSAM TRUCKING, INC.                         )
                                               )
                          Defendant.           )

**CONSENT TO JOIN**

My name is _DAVID  WARD_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _2 - 2013_ to
on or about (month, year) _7 - 2013_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____ Date _10-14-2015_

Print Name _DAVID  A. WARD_

Address _13296  NORTH  JANUARY  LN_

City, State Zip _BLUFORD, IL  62814_

Phone _618- 472- 4612_

Email _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                        Plaintiffs,          )
v.                                           )          Case No: 09-CV-2443-EFM-DWB
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                        Defendant.           )

## CONSENT TO JOIN

My name is Deborah L. Hendley worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) July 2009 to on or about (month, year) Nov. 2009. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Deborah L. Hendley_          Date_____

Print Name _Deborah L. Hendley_

Address _799 John Howard Rd._

_Shiloh, Ga. 31826_

City, State Zip _Shiloh, Ga. 31826_

Phone _706-846-0271_

Email _ladyrebel799@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
)      Case No: 09-CV-2443-EFM-DWB
v. )
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _DeMario Burrell_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _5-2011_ to on or about (month, year) _11-2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _DeMario Burrell_ Date _10-14-15_

Print Name _DeMario Burrell_

Address _19499 Gilchrist St._

City, State Zip _Det. Mich 48235_

Phone _(313)459-8363 (313)535-4239_

Email _____

5