IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| LARRY BLAIR <br><br> and <br><br> CHARLIE DAVIS, <br><br> On Behalf Of Themselves And <br> All Other Persons Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> TRANSAM TRUCKING, INC., <br><br> Defendant. | Case No: 09-CV-2443 EFM/KGG |

## NOTICE OF FILING OF CONSENTS TO JOIN

The undersigned on the attached documents (Exhibit 1), hereby consent to become Plaintiffs in the above action.

**EXHIBIT 1**

1. Thomas Manuel
2. Tim Sechrest
3. Todd Arcand
4. Todd Hill
5. Tommy Lounsbury
6. Ty Wright
7. Vincent Imes, Jr.
8. William Couch, Jr.
9. William Porter
10. Zacheriah Schaneberger

816876v1

11. Randy Zehner

12. Raymond Silvis, Jr.

13. Richard Ferran, Jr.

14. Rick Snow

15. Robert Crowell

16. Robert Fitzpatrick

17. Robert Swan

18. Russell Greer

19. Sam Jeter

20. Samone Brantley

21. Steven Saltsman

22. Terrance Bowens

23. Theodore Burgess, Jr.

24. Michael D. Cook

25. Michael Deering

26. Michael Hightower

27. Michael Spence

28. Michael Vervaecke

29. Miguel Santos

30. Myron Barber

31. Nicholas Williams

32. Noris Cromer

33. Otis Williams

34. Peter Schober

35. Ralph Johnson

36. John Kessler

37. Jonathan Dunn

38. Jonathan Tompkins

39. Joshua Hankins

40. Keith Matlock

41. Keith Maydwell

42. Kenneth Wells

43. Lamont Moore

44. Larry Franke

45. Larry Slape

46. Leslie McGill

47. Lorenzo Stewart

48. Maninderpal Bains

49. Marcus Price

50. Markita Matthews-Scott

51. Melisa Jordon

52. Evan Lessa

53. Frank Martin

54. Glen Rakes

55. Hermenegildo Candelario

56. Howard Peart

57. James  Berryman

58. James Curtis

59. James Davis

60. James Mickles

61. Jeffrey Hunter

62. Jeff Maxwell

63. John Conroy

64. Charles Gurr, Jr.

65. Charles Harris

66. Charles Jacobs

67. Christopher Barr

68. Christopher McFarlane

69. Cliff Baker, Jr.

70. Damon Varnado

71. Daniel Duncan

72. Daniel Wilbanks

73. David Poole

74. Derrick Patton

75. Donald Ewing

76. Donald Rolle

77. Duane Vinson, Jr.

78. Edward Pearl Sr.

79. Adam Young

80. Alemayehu Getachew

81. Anthony Oldham

82. Anthony Roehr

83. Antoine Pless

84. Antonio Boutros

85. Brandon Crayton

86. Brian Leverett

87. Brian Schrock

88. Bruce McCuistion

89. Carlton Colbree

90. Cathlene Blevins

                    Respectfully submitted,

**THE WOODY LAW FIRM PC**

*/s/* Teresa A. Woody
Teresa A. Woody, KS Bar #16949
The Woody Law Firm PC
1621 Baltimore Ave.
Kansas City, MO 64108
(816) 421-4246 Phone
(816) 471-4883 Fax
teresa@woodylawfirm.com

 **SIRO SMITH DICKSON PC**

/s/ Eric W. Smith
RIK N. SIRO #77812
ERIC W. SMITH #16539
ATHENA M. DICKSON   #21533
1621 Baltimore Avenue
Kansas City, Missouri 64108
(816) 471-4881
(816) 471-4883 [Fax]
Rsiro@sirosmithdickson.com
Esmith@sirosmithdickson.com
Adickson@sirosmithdickson.com

**BRADY & ASSOCIATES**

/s/ Michael F. Brady
Michael F. Brady, #18630
10901 Lowell Avenue, Suite 280
Overland Park, KS 66210
913-696-0925 Office
913-696-0468 Fax
brady@mbradylaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on December 7, 2015, the foregoing was served on all parties of record by electronic mail as follows:

Rachel H. Baker
Frederick H. Riesmeyer, II
Sharon A. Coberly
Shannon Johnson
SEIGFRIED BINGHAM, P.C.
2800 Commerce Tower
911 Main Street
Kansas City, MO 64105
816-421-4460
Fax 816-474-3447
rbaker@seigfriedbingham.com
sjohnson@seigfriedbingham.com

**ATTORNEYS FOR DEFENDANT**

                /s/ Teresa A. Woody
                **ATTORNEY FOR PLAINTIFFS**