**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and        )
CHARLIE DAVIS,        )
On Behalf Of Themselves And        )
All Other Persons Similarly Situated,        )
       )
                   Plaintiffs, )
v.        )      Case No: 09-CV-2443-EFM-DWB
       )
TRANSAM TRUCKING, INC.        )
       )
                   Defendant. )

## CONSENT TO JOIN

My name is _Thomas Manuel_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _1/2012_ to on or about (month, year) _5/2012_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Thomas Manuel_      Date _10-12-15_

Print Name _Thomas Manuel_

Address _12803 Cohill Road_

City, State Zip _CLEAR Spring, MARYLAND 21722_

Phone _717-496-3107_

Email _Tcmanuel1228@gmail.com_

Exhibit A

1

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
              Plaintiffs, )
v. )     Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
              Defendant. )

## CONSENT TO JOIN

My name is ̲T̲i̲m̲ ̲S̲e̲c̲h̲r̲e̲s̲t̲. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) ̲1̲1̲-̲2̲0̲0̲7̲ to on or about (month, year) ̲1̲0̲-̲2̲0̲0̲8̲ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature ̲T̲i̲m̲ ̲S̲e̲c̲h̲r̲e̲s̲t̲     Date ̲1̲1̲-̲2̲0̲-̲1̲5̲

Print Name ̲T̲i̲m̲ ̲S̲e̲c̲h̲r̲e̲s̲t̲

Address ̲2̲6̲6̲2̲ ̲F̲l̲o̲y̲d̲ ̲C̲h̲u̲r̲c̲h̲ ̲R̲d̲

City, State Zip ̲L̲e̲x̲i̲n̲g̲t̲o̲n̲,̲ ̲N̲C̲ ̲2̲7̲2̲9̲2̲

Phone ̲(̲3̲3̲6̲)̲ ̲8̲5̲9̲-̲3̲6̲3̲5̲

Email ̲a̲p̲p̲l̲i̲a̲n̲c̲e̲d̲o̲c̲1̲0̲1̲@̲g̲m̲a̲i̲l̲.̲c̲o̲m̲

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                          Plaintiffs,        )
v.                                           )        Case No: 09-CV-2443-EFM-DWB
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                          Defendant.         )

**CONSENT TO JOIN**

My name is _Todd Arcand_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _6/12_ to on or about (month, year) _12/12_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_                          Date _11-26-15_

Print Name: _Todd Arcand_

Address _101 Grand Plaza Apt G-5_

City, State Zip _Orange City FL 32763_

Phone _386-804-9782_

Email _Todd Arcand @ Yahoo. Com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

My name is _Todd J Hill_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _9 - 2008 -12-2008_ to on or about (month, year) _1-2008 - 2.2008_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Todd J Hill_                      Date _11-14-15_

Print Name _Todd J. Hill_

Address _5246 Euclid_


City, State Zip _Kansas City Mo 64130_

Phone _8168777359_

Email _toddhill24@Live.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is Tommy Lounsbury. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 3/2011 to on or about (month, year) 5/2012. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Tommy Lounsbury_ Date 10-15-15

Print Name _Tommy Lounsbury_

Address _1401 N. New York Ave, #307_

City, State Zip _Liberal, Kansas, 67901_

Phone _775-219-4199_

Email _tom.lounsbury@Gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _Ly Wright_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _October - 2007_ to on or about (month, year) _May - 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Ly Wright_          Date _11-7-15_

Print Name _Ly Wright_

Address _4500 West Village Place_

City, State Zip _Smyrna, GA 30080_

Phone _770-339-5007_

Email _timeismoney750@gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )                      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Vincent E. Imes Jr. . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 03/12 to on or about (month, year) 09/12 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____     Date 11/8/15

Print Name Vincent E. Imes Jr.

Address 1410 University Ave

City, State Zip Knoxville, TN, 37921

Phone 865-282-5483

Email imes_v@yahoo.com.

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and    )
CHARLIE DAVIS,     )
On Behalf Of Themselves And  )
All Other Persons Similarly Situated, )
           )
      Plaintiffs, )
v.           )  Case No: 09-CV-2443-EFM-DWB
           )
TRANSAM TRUCKING, INC.   )
           )
      Defendant. )

## CONSENT TO JOIN

My name is _William J. Couch JR_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _09/2003_ to on or about (month, year) _02/2007_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _William J. Couch JR_ Date _11-13-2015_

Print Name _William J. Couch JR_

Address _5612 CO. Rd. 44_

City, State Zip _FT. Payne, Al. 35968_

Phone _256-630-7479_

Email _bcouch6@yahoo.com_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO JOIN**

My name is _William M. Porter_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _01/2014_ to on or about (month, year) _04/2015_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____   Date _11/28/15_

Print Name _William M. Porter_

Address _849 Eunice Ave._

City, State Zip _Portsmouth, Ohio 45662_

Phone _740-821-0431_

Email _willp44@Live.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
)     Case No: 09-CV-2443-EFM-DWB
v. )
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _ZACheriah Schancber_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4-2013_ to on or about (month, year) _9-2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date _11·21·15_

Print Name _ZACheriah    Schaneberger_

Address _71 laurel loop dr_

City, State Zip _Fletcher, N C   28732_

Phone _702 237 9943_

Email _Zach.Schaneberger@gmail.com_
_ZACheriah.N.Schaneberger.mil@mail.Mil_

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is ~~KANDY ZEHNER~~ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) FEB 2012 to on or about (month, year) PRESENT. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Randy S. _____ Date _11|17|~~18~~2015_

Print Name _____ KANDY ZEHNER_

Address _622 DAKOTA AVE_

City, State Zip _HOLTON, KS 66436_

Phone _815-975-2035_

Email _randyZEHNER TRUCKING@Hotmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>                       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _Raymond E. Silvis Jr_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _07/2009_ to on or about (month, year) _11/2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Raymond E. Silvis Jr._　　　　Date _11/22/15_

Print Name _Raymond E. Silvis Jr._

Address _7026 christmas ln sw_

City, State Zip _Grand Rapids, MI 49548_

Phone _616-366-1135_

Email _resilvis@gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
                                         )    Case No: 09-CV-2443-EFM-DWB
v.                                       )
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is *Richard Ferran JR* worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm"), from on or about (month, year) *Dec. 2013* to on or about (month, year) *March 2014*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *Richard L* _____ Date *1-28-15*

Print Name *Richard Ferran JR*

Address *215 Regier*

City, State Zip *Elbing KS 67041*

Phone *240-888-7550*

Email *richard.ferran@yahoo.com*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is _Rick W. Snow_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _8 Feb, 2013_ to on or about (month, year) _11-28-15_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Rick Snow_                         Date _11-28-15_

Print Name _Rick Snow_

Address _110 Bichon_

City, State Zip _Paducah, Ky 42003_

Phone _270-243-0560_

Email _mr.smartass54@GMAIL.COM_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )                    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Robert Crowell_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year)_13/2006_ to on or about (month, year) _10/2002_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Robert Crowell_    Date _11/23/2016_

Print Name _Robert Crowell_

Address _3401 Brookstone Dr_

City, State Zip _Burlington NC 27215_

Phone _336-284-9638_

Email _Robcrow03@Gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 09-CV-2443-EFM-DWB |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JOIN**

My name is _ROBERT FITZPATRICK_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _9/2009_ to on or about (month, year) _11/2009_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____    Date _11/30/15_

Print Name _ROBERT FITZPATRICK_

Address _101 TREE LINE DRIVE_

City, State Zip _DEPTFORD NJ 08096_

Phone _856 693 0645_

Email _____

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 09-CV-2443-EFM-DWB

### CONSENT TO JOIN

My name is ___Robert Swen___. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) ___1, 2010___ to on or about (month, year) ___5, 2010___. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date _11-30-15_

Print Name __Robert    Swan_____

Address __6575   W. Gates st_____

City, State Zip __Romeo, MI   48065___

Phone __586-453-6797_____

Email __Swan52275@Gmail.com___

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                 Plaintiffs, )
)    Case No: 09-CV-2443-EFM-DWB
v. )
)
TRANSAM TRUCKING, INC. )
)
                Defendant. )

## CONSENT TO JOIN

My name is _Russell Green_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _8-2014_ to on or about (month, year) _11-2014_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Russell C. Green_ Date _11-29-15_

Print Name _Russell Greer_

Address _372151 Old Hwy 62_

City, State Zip _Okemah, OK 74859_

Phone _405 351-0257_

Email _rACemAN382000@msn.com_

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
                   )
            Plaintiffs, )
v. )       Case No: 09-CV-2443-EFM-DWB
                   )
TRANSAM TRUCKING, INC. )
                   )
            Defendant. )

## CONSENT TO JOIN

My name is _Sam W. Jeter_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _May 2008_ to on or about (month, year) _Dec. 2008_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Sam Jeter_        Date _11/9/15_

Print Name _Sam Jeter_

Address _1417 Santa Fe Trail_

_Carrollton, TX. 75007_

City, State Zip _____

Phone _(469) 713-7387_

Email _SJeter1@Gmail.com_
               (one)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )   Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is ⟨Samone Brantley⟩ worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) Oct 2008 to
on or about (month, year) FEB 2009 By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature ⟨signature⟩ Date 11-28-15

Print Name ⟨Samone Brantley⟩

Address 156 Ewingville Rd

City, State Zip Ewing New Jersey 08638

Phone (609) 372-3906

Email MOM-Bean69@yahoo.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 09-CV-2443-EFM-DWB |

## CONSENT TO JOIN

My name is _Steven Saltsman_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _March 2013_ to on or about (month, year) _Jan. 2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _[signature]_      Date _11/12/15_

Print Name _Steven Saltsman_

Address _2619 Winners Ct._

City, State Zip _Rosenberg, Texas, 77471_

Phone _281-748-8468_

Email _Saltsmansteven@Yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is ~~Terrance Bowens~~ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 11-2-2012 to on or about (month, year) 5-21-2013. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Terrance Bowens_ Date _11-34-15_

Print Name _Terrance Bowens_

Address _4358 Ashton Meadow Way_

_Wesley Chapel_

City, State Zip _FL 33543_

Phone _813 415-8881_

Email _Jehu1957@Gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and　　　　　　　　　)
CHARLIE DAVIS,　　　　　　　　　　)
On Behalf Of Themselves And　　　　)
All Other Persons Similarly Situated,　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiffs,　　)
v.　　　　　　　　　　　　　　　　)　　　Case No: 09-CV-2443-EFM-DWB
　　　　　　　　　　　　　　　　　)
TRANSAM TRUCKING, INC.　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendant.　　)

### CONSENT TO JOIN

My name is _Theodore Burgess_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2-12_ to on or about (month, year) _9-12_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Theodore L. Burgess_　　　　　Date _11-_

Print Name _Theodore Burgess Jr._

Address _5500 40th Street No_

City, State Zip _St. Pete  FLA.  33707_

Phone _727-465-6430_

Email _T.J. Scooter41973@Gmail.com   Scooter197341@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No: 09-CV-2443-EFM-DWB |

## CONSENT TO JOIN

My name is _Michael O Cook_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4, 2010_ to on or about (month, year) _12, 2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Michael O Cook_                     Date _Nov 14-2015_

Print Name _Michael O Cook_

Address _20137 TAMARACK Dr_

City, State Zip _Howard City, 49329_

Phone _231-303-0435_

Email _MCOOKMAN1973@ Gmail.Com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )      Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is **Michael Deering**. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _Jul 2014_ to
on or about (month, year) _Sep. 2014_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.


Signature _____    Date _22 Nov 15_

Print Name _Michael Deering_

Address _12616 Rockbridge Cir_

_____

City, State Zip _Colorado Springs, CO 80921_

Phone _719-453-5550 / 719-453-5395_

Email _michaeldeering78@gmail.com_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
)    Case No: 09-CV-2443-EFM-DWB
v. )
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is _Michael Hightower_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _10/2014-1_ to on or about (month, year) _11/2014_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Michael Hightower_    Date _11-24-15_

Print Name _Michael Hightower_

Address _245 N.W. Charlie Green Terr._

City, State Zip _Stuart, FL 34994_

Phone _239-240-4724_

Email _Michaelhightower11@Yahoo.com_

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
v.                                       )     Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is *Michael Spence*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *02/2013* to on or about (month, year) *10/2013*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____   Date *11/29/15*

Print Name *Michael Spence*

Address *208 Richardson Rd*

_____

City, State Zip *Picayune MS  39466*

Phone *769-926-1381*

Email *nvspence2012@gmail.com*

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                    Plaintiffs, )
v. )     Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                   Defendant. )

### CONSENT TO JOIN

My name is _MICHAEL J VERVAECKE_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _SEPTEMBER 2009_ to on or about (month, year) _DECEMBER 2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Michael J Vervaecke_     Date _11-16-15_

Print Name _MICHAEL J VERVAECKE_

Address _6408 W 81ST STREET_

City, State Zip _OVERLAND PARK, KS 66204_

Phone _913 961.5306_

Email _michael.vervaecke@yahoo.com_

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                          Plaintiffs, )
v. )                                    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                          Defendant. )

**CONSENT TO JOIN**

My name is *MIGUEL SANTOS* worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) *5- 2011* to
on or about (month, year) *8 - 2011*. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____    Date *1-21-15*

Print Name *MIGUEL E SANTOS*

Address *3099 COVENANT COVE DR*

_____

City, State Zip *JACKSONVILLE FL 32224*

Phone *786-307-9760*

Email *MSANTOS69R@HOTMAIL.COM*

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                 Plaintiffs, )
)
v. )       Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                Defendant. )

## CONSENT TO JOIN

My name is _Myron Barber_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Jan. 2009_ " to on or about (month, year) _Nov. 2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Myron D. Barber_      Date _11/11/15_

Print Name _Myron D. Barber_

Address _400 Ga. Hwy. 103_

City, State Zip _West Point, GA. 31833_

Phone _706 412 9395_

Email _Myronbarber93@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 09-CV-2443-EFM-DWB |

## **CONSENT TO JOIN**

My name is **Nicholas A. Williams** I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) **Feb, 2013** to on or about (month, year) **March, 2013** By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date **11-27-15**

Print Name **Nicholas A. Williams**

Address **4934 Jefferson Rd**

City, State Zip **Clarklake, MI    49234**

Phone **734-560-6611   or  517-305-6019**

Email ~~A=WH~~
**n_williams62 @ hotmail.com**

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                    )
CHARLIE DAVIS,                     )
On Behalf Of Themselves And        )
All Other Persons Similarly Situated,  )
                                   )
                    Plaintiffs,    )
v.                                 )      Case No: 09-CV-2443-EFM-DWB
                                   )
TRANSAM TRUCKING, INC.             )
                                   )
                    Defendant.     )

**CONSENT TO JOIN**

My name is _Noris Cromer_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _10-12_ to on or about (month, year) _7-13_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Noris Cromer_                    Date _11-10-15_

Print Name _NORIS Cromer_

Address _405 Farmer rd_

_SJ_

City, State Zip _Asheboro NC 27203_

Phone _336 302 1948_

Email _Ncromer2012(a)gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
                                         )        Case No: 09-CV-2443-EFM-DWB
v.                                       )
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is _Ots Williams_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _10/2014_ to on or about (month, year) _4/2015_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Ots Williams_                    Date _9/22/15_

Print Name _Ots Williams_

Address _1035 Raleigh Blvd_


City, State Zip _Raleigh N.C. 27610_

Phone _270-498-8005_

Email _Otswilliams35@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                    Plaintiffs,          )
v.                                       )     Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                    Defendant.           )

## CONSENT TO JOIN

My name is _Peter Schober_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4/08_ to on or about (month, year) _10/08_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Peter P. Schober_                    Date _11/13/2015_

Print Name _Peter P. Schober_

Address _122 S Market St._

_Marine City, MI 48039_

City, State Zip_____

Phone _810 499 0300_

Email _halftoeg@gmail.com_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )        Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Ralph Johnson_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _January, 2014_ to on or about (month, year) _May, 2014_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Ralph Johnson_        Date _11.11.2015_

Print Name _Ralph Johnson_

Address _709 Hunterdon St._

City, State Zip _Newark, NJ. 07108_

Phone _(973) 388-1558_

Email _Phlarjon@yahoo.com_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _ＪｏＨＮ Ｍ, ＢＥＳＳＩＥＲ_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _09 / 2011_ to on or about (month, year) _11 / 2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _John M Hessler_          Date _11-27-2015_

Print Name _ＪｏＨＮ Ｍ. ＢＥＳＳＩＥＲ_

Address _1403 BurlingHAm Rd_

City, State Zip _Pine BusH  NY 12566_

Phone _845-524-4158_    (cell) _845-798-3067_

Email _KimR64 @ HotMail.com_

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LARRY BLAIR and | ) | |
| CHARLIE DAVIS, | ) | |
| On Behalf Of Themselves And | ) | |
| All Other Persons Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 09-CV-2443-EFM-DWB |
| | ) | |
| TRANSAM TRUCKING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

My name is ~~Jonathan Dunn~~. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Nov 2008_ to on or about (month, year) _Feb 2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Jonathan Dunn_   Date _11-24-2015_

Print Name _Jonathan Dunn_

Address _205 Shae Lane_

_____

City, State Zip _Henderson, TN 38340_

Phone _731-412-9518_

Email _Wade 8449 @ yahoo. com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                        Plaintiffs,       )
v.                                        )        Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                        Defendant.        )

## CONSENT TO JOIN

My name is __Jonathan Tompkins__ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) __Dec 1 2009__ to
on or about (month, year) __Jan 10, 2011__. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature __Jonathan Tompkins__          Date __11-23-15__

Print Name __Jonathan Tompkins__

Address __111 Lambert Ln__


City, State Zip __Sylvester, GA  31791__

Phone __229-296-3479__

Email __t.tompkins@yahoo.com__

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                          Plaintiffs,     )
v.                                        )        Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                          Defendant.      )

**CONSENT TO JOIN**

My name is Joshua Hankins . I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) 05/2015 to
on or about (month, year) 06/2015 . By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____ Date 11/23/15

Print Name Joshua B. Hankins

Address P. O Box 1191

Dexter, GA 31019

City, State Zip Dexter, GA 31019

Phone (478) 697-3247

Email officiallyjroc@gmail.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Keith Matlock I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) May 2015 to on or about (month, year) Sept 2015. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature Keith Matlock                Date 11-3-15

Print Name Keith Matlock

Address 110 S fm 1778

City, State Zip Nevada TX 75173

Phone (469) 901-8759

Email Keithmatlock12@gmail.com

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Keith L. Maydwell_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _02 - 2008_ to on or about (month, year) _10 - 2008_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Keith L. Maydwell_    Date _11/21/2015_

Print Name _Keith L. Maydwell_

Address _16523 Wisconsin_

City, State Zip _Detroit MI 48221_

Phone _313· 377 · 0123_

Email _Keithmaydwell@yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
              Defendant. )

## CONSENT TO JOIN

My name is _Kenneth W. Wells_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _July 2010_ to on or about (month, year) _11 2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Kenneth W Wells_     Date _11-23-15_

Print Name _KENNETH. W. WELLS_

Address _25 Rolling Hills Ln_

City, State Zip _Elkland MO 65644_

Phone _816-383-0497_

Email _mdmickey08@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                           )
CHARLIE DAVIS,                            )
On Behalf Of Themselves And               )
All Other Persons Similarly Situated,     )
                                          )
                          Plaintiffs,     )
v.                                        )      Case No: 09-CV-2443-EFM-DWB
                                          )
TRANSAM TRUCKING, INC.                    )
                                          )
                          Defendant.      )

## CONSENT TO JOIN

My name is _Lamont B. Moore_ . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2/2000_ to on or about (month, year) _5/2009_ . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Lamont B. Moore_                    Date _11/18/15_

Print Name _LAMONT B. MOORE_

Address _3917 CARLESLE AVE_

_____

City, State Zip _BALTIMORE   MD   21216_

Phone _443 862 6864_

Email _LAMONTB.MOORE@GMAIL.COM_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                         Plaintiffs,     )
                                         )
v.                                       )     Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                         Defendant.      )

## CONSENT TO JOIN

My name is _LARRY FRANCKE_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _8- 2009_ to on or about (month, year) _9- 2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____     Date _11-23-15_

Print Name _LARRY FRANCKE_

Address _1804 Blue Marble Ct._

_____

City, State Zip _Willow Spring NC 27592_

Phone _919-606-6541_

Email _FRANZKEL@GMAIL.COM_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                )
CHARLIE DAVIS,                 )
On Behalf Of Themselves And    )
All Other Persons Similarly Situated,  )
                               )
                  Plaintiffs,  )
v.                             )        Case No: 09-CV-2443-EFM-DWB
                               )
TRANSAM TRUCKING, INC.         )
                               )
                  Defendant.   )

## CONSENT TO JOIN

My name is LARRY SIAPE I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 2/14/14 to on or about (month, year) Sept 14/14 By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Larry Slape_                    Date _11/21/15_

Print Name _LARRY D SIAPE_

Address _828 WINDINGWAY_

_____

City, State Zip _Bartlesville OK 74006_

Phone _918- 331-7984_

Email _esthereid 97@yahoo. Com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and ) 
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
) Case No: 09-CV-2443-EFM-DWB
v. )
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

*back up Accident Happen on 3/18/2015*
*truck In Yard I work for then about*
**CONSENT TO JOIN** *9 Day in was Fire / No - paid*
*500.00 De duct from me*

My name is *Leslie J. McGill* I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) *3/16  2015* to
on or about (month, year) *3/16 2015*. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

*On 3/18/2015*

Signature *Leslie J. McGill*          Date *11/16/2015*

Print Name *Leslie J. McGill*

Address *PO Box 260299*

*Mattapan Mass 02126*

City, State Zip *Boston mass Attlebor*

Phone *617. 980 7010 -*

Email *BLackice hunter 31 A G-mail . com*

*New Adress*
*PO BOX 2553*
*Attleboro FAlls*
*Mass 02763*

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                                )
CHARLIE DAVIS,                                 )
On Behalf Of Themselves And                    )
All Other Persons Similarly Situated,          )
                                               )
                          Plaintiffs,          )
v.                                             )       Case No: 09-CV-2443-EFM-DWB
                                               )
TRANSAM TRUCKING, INC.                         )
                                               )
                          Defendant.           )

## CONSENT TO JOIN

My name is Lorenzo Stewart. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) January / 2014 to on or about (month, year) Febvary / 2014 By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Lorenzo Stewart_                    Date _11/27/15_

Print Name _Lorenzo Stewart_

Address _3243 Curry Woods_

City, State Zip _Orlando Fl  32822_

Phone _4073768872_

Email _____

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is *MANINDER Pal S. BAINS* I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *07/2011* to on or about (month, year) *10/2011*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature *Maninderpal S. Bains*          Date _____

Print Name *MANINDERPal S. BAINS.*

Address *87 PATSY LANE*

_____

City, State Zip *DEPEW, NY - 14043*

Phone *716 - 685 - 0827*

Email *nav_b1@hotmail.com.*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and               )
CHARLIE DAVIS,                )
On Behalf Of Themselves And   )
All Other Persons Similarly Situated,  )
                              )
                    Plaintiffs,  )
v.                            )          Case No: 09-CV-2443-EFM-DWB
                              )
TRANSAM TRUCKING, INC.        )
                              )
                    Defendant.  )

## CONSENT TO JOIN

My name is _Marcus Price_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4/15_ to on or about (month, year) _5/15_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Marcus_                    Date _11-21-15_

Print Name _Marcus Price_

Address _14918 S. Oakdale_

City, State Zip _Harvey IL 60426_

Phone _386-585-2522_

Email _hollisclark05@gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
             Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
            Defendant. )

## CONSENT TO JOIN

My name is _Markita Matthews-Scott_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _08 / 2010_ _ to on or about (month, year) _03 / 2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Markita Antoinette Matthews-Scott_ Date _11 / 11 / 2015_

Print Name _Markita Antoinette Matthews-Scott_

Address _5054 Deen Still rd._

City, State Zip _Polk City, FL. 33868_

Phone _863-207-5421_

Email _markitams @ yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

### CONSENT TO JOIN

My name is _Melisa Jordon_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _February 2008_ to on or about (month, year) _April 2015_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Melisa Jordon_          Date _11-29-15_

Print Name _Melisa Jordon_

Address _614 Roberts Dr. Apt R-4_

City, State Zip _Riverdale Ga. 30274_

Phone _678-760-1342_

Email _Melisyjordon@gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
  )
Plaintiffs, )
  )    Case No: 09-CV-2443-EFM-DWB
v. )
  )
TRANSAM TRUCKING, INC. )
  )
Defendant. )

## CONSENT TO JOIN

My name is _Evan Lessa_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _4.30.08_ to on or about (month, year) _4/15/.12_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Evan Lessa_                     Date _11.1.15_

Print Name _Evan Lessa_

Address _4203 Ethan Thomas Dr_

_____

City, State Zip _Clinton MD 20735_

Phone _240 393 2890_

Email _Evan Lessa @ gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )          Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is _Frank Martin_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year)_____ to on or about (month, year) _____. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Frank E Martin_                    Date _11-18-15_

Print Name _Frank Martin_

Address _1600 Le Salle Dr Apt # 103_

_11-17-08 / 2-18-10_

City, State Zip _Sherman, TX  75090_

Phone _903-357-9701_

Email _rusty.martin.e@icloud.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                 Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                Defendant. )

### CONSENT TO JOIN

My name is _Colen Rakes_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _7·10·09_ to on or about (month, year) _10/2009_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Colen Rakes_      Date _11·22·15_

Print Name _Colen Rakes_

Address _129 Clubhouse Ct._

City, State Zip _Elk City, Ok. 73644_

Phone _405·757·8989_

Email _gapr65@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )    Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is _HERMENEGILDO CANDELARIO_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _10/2007_ to on or about (month, year) _02/2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____    Date _11/25/2015_

Print Name _HERMENEGILDO CANDELARIO_

Address _103 Royal Drive_

_____

City, State Zip _OCOEE, FL 34761_

Phone _407-520-6182_

Email _herman candelario @gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 09-CV-2443-EFM-DWB

## CONSENT TO JOIN

My name is _HOWARD PEART_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _10/09_ to on or about (month, year) _06/11_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _HOWARD PEART_          Date _11-25-11_

Print Name _HOWARD PEART_

Address _403 SZYPULSKI LANE_

_____

City, State Zip _FLORENCE NJ 08518_

Phone _609 456 3062_

Email _____

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                  Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                  Defendant. )

## CONSENT TO JOIN

My name is _James C. Berryman_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _April 2011_ to on or about (month, year) _Oct. 2011_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _James C. Berryman_ Date _11-24-2015_

Print Name _JAMES Cecil BERRYMAN_

Address _2113 Longview Dr._

City, State Zip _Tallahassee, FL 32303_

Phone _850-685-5051 (Cell)_

Email _jcberryman@gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
      )
           Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
      )
TRANSAM TRUCKING, INC. )
      )
           Defendant. )

### CONSENT TO JOIN

My name is _James S. Curtis_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _JAN - 2013_ to on or about (month, year) _MAy 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _James S. Curtis_    Date _Nov - 23 - 2015_

Print Name _JAMES S. Curtis_

Address _13713 Burnt Store Road_

City, State Zip _Hughesville MD 20637_

Phone _301- 932 - 1658_

Email _jamescurtis 86 @ yahoo. com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )            Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

### CONSENT TO JOIN

My name is _James Davis_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year)_3|13_ to
on or about (month, year) _3|14_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _James m Da_          Date _10|26|15_

Print Name _James bavis_

Address _6 Sebring Road_

City, State Zip _Somerset, NJ 08873_

Phone _(732) 763 - 8772_

Email _jmd2993dawg@gmail.com_

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
                          )
               Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
                          )
TRANSAM TRUCKING, INC. )
                          )
               Defendant. )

### CONSENT TO JOIN

My name is _James Mickles_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year)___9_/_2015_to on or about (month, year) _3_/_2016_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _James Mickles_ Date _11-25-2015_

Print Name_ James Mickles _

Address_ 1010 Libbi Lane _

City, State Zip_ Barboursville, WV, 25504 _

Phone_ 479-353-4398 _

Email_ micklesjames@Hotmail,com _

5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                            Plaintiffs,  )
                                         )        Case No: 09-CV-2443-EFM-DWB
v.                                       )
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                            Defendant.   )

## CONSENT TO JOIN

My name is Jeffrey Hunter I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) July, 2013 to on or about (month, year) Oct, 2013. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Jeffrey Hunter_____ Date _11-25-15_

Print Name _Jeffrey Hunter_____

Address _230 Waterway CT,_____

_____

City, State Zip _Clarkesville, GA, 30523_____

Phone _706-968-8822_____

Email _deeshunter3148@gmail.com_____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
v.                                       )          Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is _JeFF MAxwell_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _10-09_ to
on or about (month, year) _1-16_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Jeffy Maxwell_              Date _11-29-15_

Print Name _JeFF MAxwell_

Address _5384 W. STARBurST LAne_


City, State Zip _HomoSASSA FL_

Phone _352-220-1018_

Email _MAD MAx 1122 @ Excite.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: 09-CV-2443-EFM-DWB

### CONSENT TO JOIN

My name is _John Conroy_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _6/2009_ to on or about (month, year) _9/2010_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _John Conroy_ Date _11-28-15_

Print Name _John Conroy_

Address _206 W. Highland St_

_West, TX 76691_

City, State Zip _____

Phone _254-292-3327_

Email _Conroy.John@ymail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
                                         )       Case No: 09-CV-2443-EFM-DWB
v.                                       )
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is _Chanles Gurr_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _11-2010_ to
on or about (month, year) _02-2011_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Charles J. Gurr Jr._    Date _11-21-15_

Print Name _Chanles J. Gurr Jr._

Address _3324 Vassar Ct._

_Tallahassee, Fl. 32309_

City, State Zip_____

Phone _(850) 661-3512 (850) 893-5399_

Email _Chaddyg1@gmail.com_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                       Plaintiffs, )
v. )       Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                     Defendant. )

## CONSENT TO JOIN

My name is _Charles Harris_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _6-4-12_ to on or about (month, year) _8-20-13_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Charles Harris_    Date _11-11-15_

Print Name _Charles Harris_

Address _P.O. Box 761 Knoxville TN 37901_

City, State Zip _Knoxville TN 37901_

Phone _865-936-4384_

Email _____

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and                                )
CHARLIE DAVIS,                                 )
On Behalf Of Themselves And                    )
All Other Persons Similarly Situated,          )
                                               )
                               Plaintiffs,     )
                                               )     Case No: 09-CV-2443-EFM-DWB
v.                                             )
                                               )
TRANSAM TRUCKING, INC.                         )
                                               )
                               Defendant.      )

## CONSENT TO JOIN

My name is Charles Jacobs . I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 8-10- to on or about (month, year) 2-11 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date 11-19-15

Print Name Charles Jacobs

Address 312 Sheila dr

City, State Zip Granbury Tx 76049

Phone 817-776-3339

Email wybnrml@hotmail.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Christopher Barr I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 06-08 to on or about (month, year) 12-09 . By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Christopher Barr_    Date 11-23-15

Print Name _Christopher Barr_

Address _6150 w. Michigan Ave_

_Apt. J17_

City, State Zip _Lansing, Mi  48917_

Phone _616 291 7240_

Email _firegiantpyris @ yahoo com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| LARRY BLAIR and | ) |
| CHARLIE DAVIS, | ) |
| On Behalf Of Themselves And | ) |
| All Other Persons Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| TRANSAM TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

Case No: 09-CV-2443-EFM-DWB

**CONSENT TO JOIN**

My name is _Christopher_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2012_ to on or about (month, year) _2012_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Christopher McFarlane_    Date _11-19-15_

Print Name _Christopher Ryan McFarlane_

Address _151 Indian trl. Ohatchee,_

_al 36271_

City, State Zip _Ohatchee, al 36271_

Phone _256-294-6662 / 205-352-5474_

Email _fatMcdaddy@gmail.com_

_I'm not sure But it was in late mounths of 2012 I Drove for 4 to 6 mounths For transAm as leased Driver_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is *Cliff C Baker Jr*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *9/10* to on or about (month, year) *3/12*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _*Cliff C Baker*_    Date _11/23/15_

Print Name _*Cliff C Baker Jr*_

Address _748 Apt G Green way Manor Dr._

City, State Zip _Florissant MO 63031_

Phone _314 330 9301_

Email _Zachenoch7@yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
  )
                   Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
  )
TRANSAM TRUCKING, INC. )
  )
                   Defendant. )

### CONSENT TO JOIN

My name is DAMON VARNADO. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) 11/2014 to on or about (month, year) 9/2015. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Damon Varnado_      Date _11/21/15_

Print Name _DAMON VARNADO_

Address _2352 E. 71ST UNIT 1_

City, State Zip _CHICAGO ILL 60649_

Phone _702-601-0156_

Email _DAMON C VARNADO @ SBC GLOBAL.NET_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                             )
CHARLIE DAVIS,                              )
On Behalf Of Themselves And                )
All Other Persons Similarly Situated,      )
                                           )
                        Plaintiffs,        )
v.                                         )       Case No: 09-CV-2443-EFM-DWB
                                           )
TRANSAM TRUCKING, INC.                     )
                                           )
                        Defendant.         )

## CONSENT TO JOIN

My name is _Daniel L. Duncan_, I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _09/2012_ to on or about (month, year) _02/2013_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Daniel L. Duncan_                Date _11/17/2015_

Print Name _Daniel L. Duncan_

Address _8 Aspen Court_

_Bloomfield_

City, State Zip _Bloomfield, CT 06002_

Phone _(860) 910-6392_

Email _dduncan0228@hotmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

**CONSENT TO JOIN**

My name is DANIEL WILBANKS. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) 10 - 2007 to
on or about (month, year) 2 - 2008. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____ Date 11/19/15

Print Name DANIEL L. WILBANKS

Address P.O. BOX 322

City, State Zip BISHOP, GA 30621

Phone 678-227-9417

Email _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
                                         )    Case No: 09-CV-2443-EFM-DWB
v.                                       )
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is *David Frederick Poole*. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) *Feb 2013* to
on or about (month, year) *June 2014*. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature *David F. Poole*          Date *11-22-15*

Print Name *David Frederick Poole*

Address *115 Pond Dr.*


City, State Zip *Hubert, NC 28539*

Phone *(910) 265-1146*

Email *Poole88@yahoo.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

## CONSENT TO JOIN

My name is _DeRRiCK McHon_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year)_7  2012_ to
on or about (month, year)_7, 2010_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Derrick Patton_          Date _11-18-16_

Print Name _DeRRiCK Pitton_

Address _411 N. 22nd St_

_____

City, State Zip _lebanon, PA 12046_

Phone _717 222-7248_

Email _N-A_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                            Plaintiffs,  )
v.                                       )     Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                            Defendant.   )

## CONSENT TO JOIN

My name is _Donald R. Ewing_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _10/2009_ to on or about (month, year) _6/2010_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Donald R. Ewing_          Date _11/22/15_

Print Name _DONALD R. EWING_

Address _P.O. BOX 801451_


City, State Zip _DALLAS, TX 75380_

Phone _214 995-0313_

Email _M40.milw@yahoo.COM_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

**CONSENT TO JOIN**

My name is _Donald Rolle_ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _6/27/14_ to on or about (month, year) _____. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____ Date _11/22/15_

Print Name _Donald Rolle_

Address _1990 7th Ave    Apt 36_

City, State Zip _NY NY 10027_

Phone _917 714 5871_

Email _DRolle611@gmail_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                 Plaintiffs, )
v. )     Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
               Defendant. )

## CONSENT TO JOIN

My name is Duane Patric Vinson Jr I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) Nov. 2013 to on or about (month, year) May 2014. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____   Date 10-15-15

Print Name Duane Vinson Jr.

Address 1305 Carolina Ave.

_____

City, State Zip Cincinnati, OHIO 45237

Phone 859-446-9275

Email BigSweezy759@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                        )
CHARLIE DAVIS,                         )
On Behalf Of Themselves And            )
All Other Persons Similarly Situated,  )
                                       )
                        Plaintiffs,    )
v.                                     )        Case No: 09-CV-2443-EFM-DWB
                                       )
TRANSAM TRUCKING, INC.                 )
                                       )
                        Defendant.     )

## CONSENT TO JOIN

My name is _Edward W Pearl Sr._ I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _12/2013_ to on or about (month, year) _10/2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Edward W Pearl Jr_      Date _11/27/2015_

Print Name _Edward W. Pearl Jr._

Address _52119 Longspur Ln._

City, State Zip _Fort Mill   SC   29707_

Phone _508 776 8226_

Email _epearljr 211@ gmail.com_

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY BLAIR and<br>CHARLIE DAVIS,<br>On Behalf Of Themselves And<br>All Other Persons Similarly Situated,<br><br>                 Plaintiffs,<br>v.<br><br>TRANSAM TRUCKING, INC.<br><br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 09-CV-2443-EFM-DWB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

My name is _Adam Young_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _July, 13_ to on or about (month, year) _Oct 13_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Adam Young_     Date _11/19/15_

Print Name _Adam Young_

Address _130 Poplar Dr._

City, State Zip _Rogersville TN. 37857_

Phone _423-754-4083_

Email _Adambyou3232@gmail.com_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                              )
CHARLIE DAVIS,                               )
On Behalf Of Themselves And                  )
All Other Persons Similarly Situated,        )
                                             )
                              Plaintiffs,    )
                                             )       Case No: 09-CV-2443-EFM-DWB
v.                                           )
                                             )
TRANSAM TRUCKING, INC.                       )
                                             )
                              Defendant.     )

**CONSENT TO JOIN**

My name is _ALEMAYEHU GETACHEW_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _2012_ to
on or about (month, year) _2012_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _Alex Getachew_                         Date _11/27/15_

Print Name _ALEMAYEHU GETACHEW_

Address _4573 Legare Ln_

City, State Zip _Columbus OH 43230_

Phone _614 632 7531_

Email _getachewalex@yahoo.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. ) Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is *Anthony Oldham* I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *June 2009* to on or about (month, year) *Nov. 2009*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _*Anthony Oldham*_ Date _11-28-15_

Print Name _Anthony Oldham_

Address _12901 Siler City Glendon R.D._

City, State Zip _Bear Creek N.C. 27207_

Phone _919-478-5391_

Email _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is _Anthony Roehr_ I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year)_3/13_____ to
on or about (month, year) _5/13_____. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____  Date _11/23/15_

Print Name _Anthony C Roehr_

Address _1406 W. San Antonio_

_____

City, State Zip _Lockhart, TX  78644_

Phone _512-828-2714_

Email _tony.roehr@yahoo.com_

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                         Plaintiffs, )
v. )     Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                        Defendant. )

## CONSENT TO JOIN

My name is _Antoine Pless_. I worked as a Leased Driver for TransAm
Trucking, Inc. ("TransAm") from on or about (month, year) _3 / 2015_ to
on or about (month, year) _5 / 15_. By my signature below, I hereby authorize
the filing and prosecution of claims in my name and on my behalf to contest TransAm's
failure to pay me wages as required under state and federal law as brought in these
proceedings. I also authorize the filing of this consent in the action(s) challenging such
conduct in this and any subsequent actions that may or may not be filed post
decertification, as needed. I authorize the representative plaintiffs and designate them
class representatives as my agents to make decisions on my behalf concerning the
litigation, the method and manner of conducting this litigation, the entering of an
agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other
matters pertaining to this lawsuit.

Signature _____ Date _11-25-15_

Print Name _Antoine Pless_

Address _8093 Regent Park Lane_

_Charlotte_

City, State Zip _Charlotte NC 28210_

Phone _216-255-4824_

Email _Antoine.pless @ yahoo.com_

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
                    Plaintiffs, )
v. )      Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
                 Defendant. )

## CONSENT TO JOIN

My name is _Antonio_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _October 2013_ to on or about (month, year) _December 2013_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____    Date _28 NOV 2015_

Print Name _Antonio F. Boutros_

Address _14846 60th CT N_

City, State Zip _Loxahatchee, FL    33470_

Phone _(561) 827-2485_

Email _Drayvenblaze@Gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
 )
Plaintiffs, )
v. )          Case No: 09-CV-2443-EFM-DWB
 )
TRANSAM TRUCKING, INC. )
 )
Defendant. )

## CONSENT TO JOIN

My name is _Brandon Crayton_ worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _Aug 2011_ to on or about (month, year) _April 2012_ By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Brandon Crayton_                     Date _11/22/15_

Print Name _Brandon Crayton_

Address _600 Banwood Park_

_Apt 425 1_

City, State Zip _Austin, TX 78753_

Phone _512-450-2706_

Email _bcrayton14@gmail.com_

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                          Plaintiffs,    )
v.                                       )        Case No: 09-CV-2443-EFM-DWB
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                          Defendant.     )

## CONSENT TO JOIN

My name is *BRIAN LEVERETT*. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *6/2013* to on or about (month, year) *7/2013*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____    Date *11-16-15*

Print Name *BRIAN K. LEVERETT*

Address *2140 S PALMETTO AVE #9*

_____

City, State Zip *SOUTH DAYTONA, FL 32119*

Phone *352-282-2307*

Email *BRIAN.LEVERETT72@GMAIL.COM*

5

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                          )
CHARLIE DAVIS,                           )
On Behalf Of Themselves And              )
All Other Persons Similarly Situated,    )
                                         )
                        Plaintiffs,      )
                                         )    Case No: 09-CV-2443-EFM-DWB
v.                                       )
                                         )
TRANSAM TRUCKING, INC.                   )
                                         )
                        Defendant.       )

### CONSENT TO JOIN

My name is _Brian Schrock_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _October 2013_ to on or about (month, year) _Apr 2014_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _____  Date _10-24-15_

Print Name _Brian Schrock_

Address _4112 Sw 6Th Ave_

_____

City, State Zip _Topeka KS_

Phone _785-506-5436_

Email _I LIvnopar @ ~~yahoo.com~~ gmail.com_

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )         Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is Bruce John McCuistion I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) Jan 2008 to on or about (month, year) Jan 2009. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Bruce John McCuistion_          Date _10/25/15_

Print Name _Bruce John McCuistion_

Address _6600 N. McGee_

City, State Zip _Gladstone, MO 64118_

Phone _816 500 7592_

Email _BJMcCuistion@yahoo.com_

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

LARRY BLAIR and )
CHARLIE DAVIS, )
On Behalf Of Themselves And )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
v. )    Case No: 09-CV-2443-EFM-DWB
)
TRANSAM TRUCKING, INC. )
)
Defendant. )

## CONSENT TO JOIN

My name is _Carlton Colbree_. I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) _2006_ to on or about (month, year) _2007_. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _Carlton Colbree_                    Date _11-19-15_

Print Name _Carlton Colbree_

Address _345 Doubloon Dr_

_N. Ft Myers Florida 33917_

City, State Zip_____

Phone _239 633-2196_

Email_____

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LARRY BLAIR and                    )
CHARLIE DAVIS,                     )
On Behalf Of Themselves And        )
All Other Persons Similarly Situated, )
                                   )
                    Plaintiffs,    )
                                   )
v.                                 )        Case No: 09-CV-2443-EFM-DWB
                                   )
TRANSAM TRUCKING, INC.             )
                                   )
                    Defendant.     )

## CONSENT TO JOIN

My name is *Cathlene Blevins* I worked as a Leased Driver for TransAm Trucking, Inc. ("TransAm") from on or about (month, year) *Sep 2013 /2005* on or about (month, year) *8 2005*. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest TransAm's failure to pay me wages as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature _*Cathlene Blevins*_ Date _11/26/15_

Print Name _*Cathlene Blevins*_

Address _*418 E. Vine St*_

City, State Zip _*Rich Hill, MO 64779*_

Phone _*(660) 464-0337*_

Email _*Cathlene Blevins @ rocketmail.com*_

5