**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| LARRY BLAIR, *et al.*, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>TRANSAM TRUCKING, INC., )<br>)<br>   Defendant. ) | Case No. 09-CV-2443-EFM-KGG |

## **ORDER**

Pending is the *Joint and Unopposed Motion for Approval of Settlement and Memorandum in Support* (Doc. 551) ("Motion") filed by Plaintiffs Larry Blair and Charlie Davis ("Plaintiffs") and Defendant TransAm Trucking, Inc. ("Defendant") (collectively, the "Parties") in which the Parties jointly request an order from the Court (a) approving the Settlement Agreement and Release entered into between the Parties ("Agreement"), and (b) granting approval for the parties to file, following Plaintiffs' receipt of the settlement consideration contemplated by the Agreement, a Joint Stipulation of Dismissal dismissing, with prejudice, this lawsuit pursuant to Fed. R. Civ. P. 41(a)(2), including each and every one of Plaintiffs' claims asserted herein, with each party to bear his or its own costs, attorneys' fees and expenses incurred in connection with pursuing or defending against Plaintiffs' individual claims.

After review of the Parties' Motion and an *in camera* review of the confidential Agreement, the Court finds that the lawsuit involves a bona fide wage and hour dispute, the Agreement reflects a fair and equitable compromise of the bona fide dispute for all Parties involved, and the proposed settlement contains an award of reasonable attorneys' fees.

Based on these findings, the Court hereby:

1

2

(1) GRANTS the Parties' joint motion for approval of the settlement between the Parties, as memorialized in the confidential Agreement submitted to the Court for *in camera* review; and accordingly,

(2) GRANTS permission for the parties to file, following Plaintiffs' receipt of the settlement consideration contemplated by the Agreement, a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and voluntarily dismiss, with prejudice, this lawsuit, including each and every one of Plaintiffs' claims asserted therein, with each party to bear his or its own costs, attorneys' fees, and expenses incurred in connection with pursuing or defending against Plaintiffs' individual claims in this action.

IT IS SO ORDERED.

Dated this 27th day of June, 2018.

*Eric F. Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

Respectfully and jointly submitted this 22nd day of June, 2018.

Respectfully submitted,

**THE WOODY LAW FIRM PC**

By /s/ Teresa A. Woody
   Teresa A. Woody #16949
   1621 Baltimore Avenue
   Kansas City, Missouri 64108
   (816) 421-4246
   (816) 471-4883 [Fax]
   teresa@woodylawfirm.com

**SIRO SMITH DICKSON PC**

By /s/ Eric W. Smith
   Eric W. Smith    KS #16539
   Rik N. Siro    KS FED #77812
   Athena M. Dickson    KS #21533
   Raymond A. Dake    KS FED #78448
   1621 Baltimore Avenue
   Kansas City, Missouri 64108
   816.471.4881 (Tel)
   816.471.4883 (Fax)
   esmith@sirosmithdickson.com
   rsiro@sirosmithdickson.com
   adickson@sirosmithdickson.com
   rdake@sirosmithdickson.com

**BRADY & ASSOCIATES**

By /s/ Michael F. Brady
   Michael F. Brady    KS #18630
   Mark A. Kistler    KS #17171
   Sara T. Ballew    KS #25787
   10985 Cody, Suite 135
   Overland Park, Kansas 66210
   (913) 696-0925
   (913) 696-0468 [Fax]
   brady@mbradylaw.com
   mkistler@mbradylaw.com

*ATTORNEYS FOR PLAINTIFFS*

**SEIGFREID BINGHAM P.C.**

By /s/ Rachel H. Baker
    Rachel H. Baker    KS FED #70148
    Shannon D. Johnson    KS #23496
    Brenda G. Hamilton    KS #27060
    Brad K. Thoenen    KS #24479
    2323 Grand Boulevard
    Suite 1000
    Kansas City, Missouri 64108
    (816) 421-4460
    (816) 474-3447 [Fax]
    rbaker@sb-kc.com
    sjohnson@sb-kc.com
    bhamilton@sb-kc.com
    bthoenen@sb-kc.com

*ATTORNEYS FOR DEFENDANT*