**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | | |
|---|---|---|
| LARRY BLAIR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 09-CV-2443-EFM-KGG |
| | ) | |
| TRANSAM TRUCKING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in accordance with the Court's Order dated June 27, 2018, the parties hereby voluntarily stipulate to the dismissal with prejudice of the above-captioned lawsuit, including each and every one of the claims and allegations of Plaintiffs Larry Blair and Charlie Davis asserted against Defendant in the above-captioned lawsuit, with each party to bear his or its own respective costs, expenses, and attorneys' fees.

Respectfully and jointly submitted this 2nd day of July, 2018.

Respectfully and jointly submitted,

**THE WOODY LAW FIRM PC**

By /s/ Teresa A. Woody
Teresa A. Woody #16949
1621 Baltimore Avenue
Kansas City, Missouri 64108
(816) 421-4246
(816) 471-4883 [Fax]
teresa@woodylawfirm.com

1353332v1

**SIRO SMITH DICKSON PC**

By /s/ Eric W. Smith
    Eric W. Smith     KS #16539
    Rik N. Siro       KS FED #77812
    Athena M. Dickson   KS #21533
    Raymond A. Dake   KS FED #78448
    1621 Baltimore Avenue
    Kansas City, Missouri  64108
    816.471.4881 (Tel)
    esmith@sirosmithdickson.com
    rsiro@sirosmithdickson.com
    adickson@sirosmithdickson.com
    rdake@sirosmithdickson.com

**BRADY & ASSOCIATES**

By /s/ Michael F. Brady
    Michael F. Brady   KS #18630
    Mark A. Kistler    KS #17171
    Sara T. Ballew     KS #25787
    10985 Cody, Suite 135
    Overland Park, Kansas 66210
    (913) 696-0925
    brady@mbradylaw.com
    mkistler@mbradylaw.com

*ATTORNEYS FOR PLAINTIFFS*


**SEIGFREID BINGHAM P.C.**

By /s/ Rachel H. Baker
    Rachel H. Baker   KS FED #70148
    Shannon D. Johnson   KS #23496
    Brenda G. Hamilton   KS #27060
    Brad K. Thoenen    KS #24479
    2323 Grand Boulevard, Suite 1000
    Kansas City, Missouri 64108
    (816) 421-4460
    rbaker@sb-kc.com
    sjohnson@sb-kc.com
    bhamilton@sb-kc.com
    bthoenen@sb-kc.com

*ATTORNEYS FOR DEFENDANT*